**Jason David Fregeau**
Attorney at Law
47 Lincoln Road
Longmeadow, MA 01106
Tel 413/567-2461
Fax 413/567-2932
*Also admitted in Ohio*

July 30, 2004

By Facsimile

Brad Bigda
Customer Resolution
Ameriquest Mortgage Co.
500 City Parkway, Suite 400
Orange, CA  929868

Re: Susan LaForest

Dear Mr. Bigda:

This letter is to memorialize our agreement:
1) Ms. LaForest's mortgage will be "changed" pursuant to the first option outlined in your July 28 letter, except that there will be $12,000 cash out.
2) Removal or change of negative information placed by Ameriquest Mortgage on Ms. LaForest's credit history.
3) Payment to Ms. LaForest $1400 for attorney fees, expenses, and costs to date. This payment is separate from the loans, is not a loan, and will not be paid back by Ms. LaForest.

In return, Ms. LaForest will sign a release. Please note that the release will not contain any clauses, e.g. confidentiality or indemnity, since Ameriquest did not include those clauses in our negotiated agreement to settle.

Thank you for your attention. Should you have any questions, please feel free to contact me.

Sincerely,

/s/

Jason David Fregeau, Esq.

**Jason David Fregeau**
Attorney at Law
47 Lincoln Road
Longmeadow, MA 01106
Tel. 413-567-2461
Fax 413-567-2932
*Also admitted in Ohio*

## Facsimile Cover Sheet
### 413/567-2932

Date __7/30/04__

To __Brad Bigda__

At __800/784-3034__

Number of pages including cover sheet __2__

If you do not receive the indicated number of pages, then please call 413/567-2461

Original will not follow __✓__

Original will follow via:

   regular mail _____        overnight delivery _____

   hand delivery _____       other _____

Note _____

_____

_____

_____

The information contained in this facsimile message is attorney-client privileged or confidential information intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, then you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this facsimile message in error, then please immediately notify us by telephone and return the original to us at the above address via the U.S. Postal Service.

**XMT REPORT**

Jul. 30 2004 04:43PM

| NO. | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|---|---|---|---|---|---|---|
| 01 | Ameriquest Mortgage | Jul. 30 04:42PM | 01'03 | TX | 02 | OK |

IF YOU HAVE A PROBLEM WITH YOUR FAX, CALL TOLL-FREE 1-800-HELP-FAX (1-800-435-7329).



July 21, 2004

Dear Jason,

I know that you are handling this case for Susan Laforest, and I wanted to discuss with you the proposal we would like to offer. This would consist of the following changes.

Ameriquest is willing to rewrite Susan Laforest's loan by changing the interest rate from a 10.60% to a 7.75% fixed over 30 years. Her current payment is $1846.07 including $102.25 for taxes and insurance. Her new payment would be $1361.18 again including the $102.25 for taxes and insurance. This change would decrease her payment by $484.89 There would be a 1st and 2nd loan due to the LTV being over 100%. This loan also includes the $10K that Ms. Laforest wanted. There would be no fees accrued for doing these changes. We would also waive the pre-payment penalty on the loan as well.

I would like for us to come to a resolution and need a response from you by July 28th

Thank You

Brad Bigda
Customer Resolution
Ameriquest Mortgage
(800) 523-3964 X4707

500 City Parkway, Suite 400, Orange, CA 02868 • Toll Free (866) 275-3548 • Fax (866) 275-3317





July 28, 2004

Dear Jason,

This letter is regarding the counter offer for Susan Laforest, and I wanted to discuss with you the proposal. This would consist of the following changes.

Ameriquest is willing to rewrite Susan Laforest's loan by changing the interest rate from a 10.60% to a 7.80% fixed over 30 years and the 2nd would have a 5.0% fixed rate. There would be a 1st and 2nd loan due to the LTV being over 100%. Her current payment is $1846.07 including $183.75 for taxes and insurance. Her new payment would be $1454.62 again including the $183.75 for taxes and insurance and also the 2nd loan payment of $199.70. The first loan amount would be $148,800 and the 2nd loan amount would be $37200. This change would decrease her payment by $391.45 This loan also includes the $10K that Ms. Laforest wanted. There would be no fees accrued for doing these changes. We would also waive the pre-payment penalty on the loan as well.

The second option is do fund the loan that Ms. Laforest did sign. The loan amount was $204,000. She did have a prepay on this loan along with fees. Her payment on this would be $1652.29 which included taxes and insurance.

I would like for us to come to a resolution and need a response from you by August 2nd

Thank You

Brad Bigda
Customer Resolution
Ameriquest Mortgage
(800) 523-3964 X4707

**Jason David Fregeau**
Attorney at Law
47 Lincoln Road
Longmeadow, MA 01106
Tel 413/567-2461
Fax 413/567-2932
*Also admitted in Ohio*

<u>By Facsimile</u>                                             September 27, 2004

Brad Bigda
Customer Resolution
Ameriquest Mortgage Co.
500 City Parkway, Suite 400
Orange, CA  929868

Re: <u>Susan LaForest</u>

Dear Mr. Bigda:

   This letter is our last attempt to consummate the settlement in the above matter. We have been promised resolution of this matter since mid-May, with many specific promises broken along the way. For example, Ameriquest promised that we would receive a draft of the settlement agreement on Thursday, September 23, 2004. No agreement was provided. I called you, Mr. Bigda, on Thursday and I called your supervisor, Andrea Martin, on Friday. Those calls were not returned.

   Consequently, if we do not have a draft release <u>in our hands</u> by 9 a.m. Eastern Time, Tuesday, September 28, 2004, we will deem the settlement null and void and we will file suit against Ameriquest in federal district court in Massachusetts. If we receive the release by the deadline, then Ameriquest has until the day after our approval of the agreement to have the closing documents <u>in our hands</u>. If Ameriquest misses this second deadline, then we again will consider the settlement null and void.

Brad Bigda
Customer Resolution
Ameriquest Mortgage Co.
September 27, 2004
page 2


Thank you for your attention. Should you have any questions, please feel free to contact me.

                    Sincerely,

                    /s/

                    Jason David Fregeau, Esq.

cc: Susan LaForest

**Jason David Fregeau**
*Attorney at Law*
47 Lincoln Road
Longmeadow, MA 01106
Tel. 413-567-2461
Fax 413-567-2932
*Also admitted in Ohio*

## Facsimile Cover Sheet
### 413/567-2932

Date  9/27/04

To  Brad Bigda

At  800/724-3034

Number of pages including cover sheet  3

If you do not receive the indicated number of pages, then please call 413/567-2461

Original will not follow  ✓

Original will follow via:

    regular mail  _____    overnight delivery  _____

    hand delivery  _____    other  _____

Note  _____

_____

_____

_____

The information contained in this facsimile message is attorney-client privileged or confidential information intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, then you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this facsimile message in error, then please immediately notify us by telephone and return the original to us at the above address via the U.S. Postal Service.

JOURNAL

Sep. 27 2004 10:40AM

| NO. | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT | *CODE |
|---|---|---|---|---|---|---|---|
| 01 | 413 781 8522 | Sep. 15 10:47AM | 02,40 | TX | 06 | OK | |
| 02 | 4137370121 | Sep. 16 10:51AM | 03,29 | TX | 08 | OK | |
| 03 | 413 781 8522 | Sep. 16 04:11PM | 01,22 | RX | 03 | OK | |
| 04 | 2483528103 | Sep. 16 04:58PM | 01,18 | RX | 02 | OK | |
| 05 | 1 413 739 6550 | Sep. 16 05:35PM | 03,18 | RX | 05 | OK | |
| 06 | 4137370121 | Sep. 17 08:42AM | 02,27 | TX | 12 | OK | |
| 07 | 413 781 4567 | Sep. 17 09:15AM | 00,55 | TX | 00 | COMMUNICATION ERROR (43) |
| 08 | 413 781 4567 | Sep. 17 09:17AM | 00,55 | TX | 00 | COMMUNICATION ERROR (43) |
| 09 | 413 781 4567 | Sep. 17 10:23AM | 01,13 | TX | 01 | NO RESPONSE | |
| 10 | 1 413 739 6550 | Sep. 17 01:50PM | 01,25 | RX | 02 | OK | |
| 11 | 4137370121 | Sep. 17 02:38PM | 01,37 | TX | 03 | OK | |
| 12 | 1 413 739 6550 | Sep. 17 03:19PM | 02,08 | RX | 03 | OK | |
| 13 | 1 413 739 6550 | Sep. 17 05:20PM | 01,29 | RX | 02 | OK | |
| 14 | 4137370121 | Sep. 18 09:25AM | 05,20 | TX | 12 | OK | |
| 15 | 4137894644 | Sep. 20 10:52AM | 01,15 | RX | 02 | OK | |
| 16 | 212-755-7306 | Sep. 20 03:35PM | 03,02 | RX | 03 | OK | |
| 17 | 5077913111 | Sep. 20 03:41PM | 02,14 | RX | 02 | OK | |
| 18 | Hampden County Bar | Sep. 20 03:44PM | 02,04 | RX | 02 | OK | |
| 19 | PRETI, FLAHERTY | Sep. 21 01:08AM | 02,39 | TX | 06 | OK | |
| 20 | 413 781 8522 | Sep. 21 01:12AM | 02,41 | TX | 06 | OK | |
| 21 | 16173745375 | Sep. 21 01:15AM | 02,50 | TX | 06 | OK | |
| 22 | <FAX # NOT AVAIL.> | Sep. 21 10:29AM | 00,45 | RX | 00 | NO RESPONSE | |
| 23 | 7816436164 | Sep. 21 10:31AM | 04,00 | TX | 05 | OK | |
| 24 | 212-755-7306 | Sep. 21 11:37AM | 01,30 | TX | 03 | OK | |
| 25 | 804 967 1514 | Sep. 21 05:27PM | 01,49 | RX | 03 | OK | |
| 26 | 5077913111 | Sep. 22 03:17PM | 02,05 | RX | 02 | OK | |
| 27 | 4137370121 | Sep. 23 10:01AM | 03,54 | TX | 08 | OK | |
| 28 | 4137370121 | Sep. 23 10:13AM | 02,02 | TX | 04 | OK | |
| 29 | 4137370121 | Sep. 23 10:20AM | 02,46 | TX | 06 | OK | |
| 30 | PRETI, FLAHERTY | Sep. 24 10:05AM | 01,58 | TX | 03 | OK | |
| 31 | 413 781 8522 | Sep. 24 10:09AM | 01,30 | TX | 03 | OK | |
| 32 | 16173745375 | Sep. 24 10:55AM | 01,46 | TX | 03 | OK | |
| 33 | PRETI, FLAHERTY | Sep. 27 10:12AM | 02,38 | TX | 06 | OK | |
| 34 | 413 781 8522 | Sep. 27 10:35AM | 02,40 | TX | 06 | OK | |
| 35 | Ameriquest Mortgage | Sep. 27 10:38AM | 01,28 | TX | 03 | OK | |

*CODE = FOR SERVICE CENTER USE ONLY

IF YOU HAVE A PROBLEM WITH YOUR FAX, CALL TOLL-FREE 1-800-HELP-FAX (1-800-435-7329).

**Jason David Fregeau**
Attorney at Law
47 Lincoln Road
Longmeadow, MA 01106
Tel 413/567-2461
Fax 413/567-2932
*Also admitted in Ohio*

July 23, 2004

<u>By Facsimile</u>

Brad Bigda
Customer Resolution
Ameriquest Mortgage Co.
500 City Parkway, Suite 400
Orange, CA  929868

Re: <u>Susan LaForest</u>

Dear Mr. Bigda:

   I have received the July 21, 2004, facsimile letter regarding Ms. LaForest's mortgage. Ms. LaForest has authorized me to restate the offer made orally during our June 30, 2004, conversation:
   1) The mortgage is "changed" to these terms: 7.25% fixed over 30 years, with the last three payments tacked to the end, interest free, as a type of balloon payment. There will be no cost to Ms. LaForest for this "change".
   2) Removal or change of negative information placed by Ameriquest Mortgage on Ms. LaForest's credit history.
   3) Payment to Ms. LaForest $10,000 plus attorney fees, expenses, and costs to date, currently totaling $900.

   In return, Ms. LaForest would sign a release. Please note that, if Ameriquest wants the release contains any clauses, e.g. confidentiality or indemnity, those clauses <u>must</u> be negotiated <u>prior</u> to any agreement to settle.

   I note that the July 21 letter mentions that, "There would be a 1st and 2d loan due to the LTV being over 100%." Forgive my ignorance, but if this is to be part of the agreement, then

Brad Bigda
Customer Resolution
Ameriquest Mortgage Co.
July 23, 2004
page 2

please explain what a "1st and 2d loan" is as well as "LTV".

Also, as we discussed, I have attached the papers Ms. LaForest has provided concerning her home insurance. Our impression is that Ameriquest is increasing the value of the home, causing the insurance premiums to be increased. Please investigate.

Thank you for your attention. Should you have any questions, please feel free to contact me.

Sincerely,

/s/

Jason David Fregeau, Esq.

cc: Susan LaForest

**Jason David Fregeau**
Attorney at Law
47 Lincoln Road
Longmeadow, MA 01106
Tel. 413-567-2461
Fax 413-567-2932
*Also admitted in Ohio*

<u>Facsimile Cover Sheet</u>
<u>413/567-2932</u>

Date  7/23/04

To  Brad Bigda

At  800/784-3034

Number of pages including cover sheet  13

If you do not receive the indicated number of pages, then please call 413/567-2461

Original will not follow  ✓

Original will follow via:

    regular mail  _____          overnight delivery  _____

    hand delivery  _____          other  _____

Note _____
_____
_____
_____
_____

The information contained in this facsimile message is attorney-client privileged or confidential information intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, then you are notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this facsimile message in error, then please immediately notify us by telephone and return the original to us at the above address via the U.S. Postal Service.

**XMT REPORT**

Jul. 23 2004 10:07AM

| NO. | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|-----|-----------------|------------|------------|------|-------|--------|
| 01  | Ameriquest Mortgage | Jul. 23 09:56AM | 10'39 | TX | 14 | OK |

IF YOU HAVE A PROBLEM WITH YOUR FAX, CALL TOLL-FREE 1-800-HELP-FAX (1-800-435-7329).