AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of | Massachusetts

LaForest

V.

Ameriquest

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30195-MAP

TO: (Name and address of Defendant)

Brad Bigda
Ameriquest Mortgage Co.
500 City Parkway, Suite 400
Orange, CA 92868

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jason David Fregeau Esq.
47 Lincoln Road
Longmeadow, MA 01106

an answer to the complaint which is served on you with this summons, within | 20 | days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                              11/12/04
---
CLERK                                     DATE

_[signature]_
---
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              *Signature of Server*

                                        _____
                                                  *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| JASON DAVID FREGEAU, ESQ.<br>47 LINCOLN ROAD<br>LONGMEADOW MA 01106 | 413-567-2461<br><br>Ref. No. or File No. | |

ATTORNEY FOR

Insert name of court and name of judicial district and branch if any.

UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS, WESTERN DIVISION AT SPRINGFIELD

SHORT TITLE OF CASE:

LaFOREST V AMERIQUEST MORTGAGE CO.

| INVOICE NO. | DATE: | TIME: | DEP./DIV. | CASE NUMBER: |
|---|---|---|---|---|
| 056876 | | | | 04-30195-MAP |

## PROOF OF SERVICE OF SUMMONS

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

    Summons and Complaint

2. a. Party served:

    BARD BIGDA

   b. Person served:

    BARD BIGDA

c. Address:   1100 TOWN & COUNTRY ROAD
              9th FLOOR
              ORANGE CA

3. I served the party named in item 2
   a. By personally delivering the copoes on 12/06/04 AT 2:05 PM

4. The "Notice to the person served" was completed as follows:

    as an individual defendant (CCP 415.10)

5. Person serving: BARBARA TUSTISON          Fee for service:$    94.95

All Counties Attorney Service          d. Registered California process server
1625 E. 17th Street                    (1) [  ] Employee or [ X ] Independent Contractor
Santa Ana, CA 92705                    (2) Registration No. PSC 1501
714-558-1403 FAX 714-558-0261          (3) County: ORANGE
                                       (4) Expiration: 08/23/05

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE: 12/07/04                                    > SIGNATURE