.⬚ AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

LaForest

V.

### SUMMONS IN A CIVIL CASE

Ameriquest

CASE NUMBER:   04-30195-MAP

TO: (Name and address of Defendant)

> Ameriquest Mortgage Co.
> c/o Nat'l Reg. Agents
> 2030 Main St., Ste 1030
> Irvine, CA 92614

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> **Jason David Fregeau Esq.**
> 47 Lincoln Road
> Longmeadow, MA 01106

an answer to the complaint which is served on you with this summons, within [ 2C ] days after servic»
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against y»u
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Cle ik
of this Court within a reasonable period of time after service.

TCNY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE   11/12/04

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER *(PRINT)* | TITLE |
| | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          *Date*

_____
*Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY<br><br>JASON DAVID FREGEAU, ESQ.<br>47 LINCOLN ROAD<br>LONGMEADOW MA 01106<br>413-567-2461<br>ATTORNEY FOR | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
COURT, DISTRICT OF
MASSACHUSETTS, WESTERN
DIVISION AT SPRINGFIELD

| PLAINTIFF/PETITIONER:     LaFOREST | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:     AMERIQUEST MORTGAGE CO. | 04-30195-MAP |
| **PROOF OF SERVICE OF SUMMONS** | Ref No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   Summons and Complaint

3. a. Party served:

   AMERIQUEST MORTGAGE COMPANY,
   by serving National Registered Agents, Inc.

   b. Person served:

   KIM TAYLOR
   Title:

   ACCEPTANCE CLERK

4. Address where party was served:

   2030 MAIN STREET
   SUITE 1030
   IRVINE CA 92618

5. I served the party

   a. by personal service: I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: 11/30/04  at 1:30 PM

6. The "Notice To The Person Served" (on the summons) was completed as follows:

   c. On behalf of:

CONTINUED ON THE NEXT PAGE

| PLAINTIFF/PETITIONER: | LaFOREST | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | AMERIQUEST MORTGAGE CO. | 04-30195-MAP |

AMERIQUEST MORTGAGE COMPANY,

under the following Civil Code: CCP 416.10 (CORPORATION)

7.  Person who served papers
    a. Name:   BARBARA TUSTISON
    b. Address:   1625 E. 17th Street  Santa Ana, CA 92705
    c. Telephone Number:   714-558-1403
    d. The fee for service was:  $74.95
    e. I am:
        (3) [ X ] registered California process server:
        (i) [ X ]  Independent contractor
        (ii) Registration No.:  PSC 1501  Expires: 08/23/05
        (iii)  County: ORANGE

8.  I declare under penalty of perjury under the laws of the State of California that the
    foregoing is true and correct.

12/06/04

BARBARA TUSTISON

All Counties Attorney Service, Orange CO. REG # , EXPIRES

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

Invoice No.: 056771