**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION**

_____
                                            )
SUSAN LAFOREST,                             )
                                            )
                                            )
                                            )
            Plaintiff,                      )
                                            )   C. A. NO.: 04-30195-MAP
    v.                                      )
                                            )
AMERIQUEST MORTGAGE COMPANY,                )
BRAD BIGDA,                                 )
JOHN DOE 1                                  )
                                            )
            Defendants                      )
                                            )
_____)

**NOTICE OF APPEARANCE**

    Please enter the appearance of Brian M. Forbes on behalf of defendants Ameriquest Mortgage Company and Bradley Joseph Bigda, in the above-captioned action.

                                         AMERIQUEST MORTGAGE COMPANY
                                         and BRADLEY JOSEPH BIGDA

                                         By their attorneys,

                                         /s/ Brian M. Forbes
                                         R. Bruce Allensworth, BBO# 015820
                                             (ballensworth@klng.com)
                                         Brian M. Forbes, BBO# 644787
                                             (bforbes@klng.com)
                                         KIRKPATRICK & LOCKHART NICHOLSON
                                         GRAHAM LLP
                                         75 State Street
                                         Boston, Massachusetts 02109
                                         (617) 261-3100

Dated:  January 10, 2005

CERTIFICATE OF SERVICE

      I hereby certify that on January 10, 2005, I caused a copy of the foregoing document to be served by electronic filing and by first class United States mail, postage prepaid upon the following:

Jason David Fregeau, Esq.
47 Lincoln Road
Longmeadow, MA 01106
(413) 567-2461
jasonrissa@comcast.net

      /s/ Brian M. Forbes
      Brian M. Forbes