IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| SUSAN LAFOREST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. NO.: 04-30195-MAP |
| v. ) | |
| ) | |
| AMERIQUEST MORTGAGE COMPANY, ) | |
| BRAD BIGDA, ) | |
| JOHN DOE 1 ) | |
| ) | |
| Defendants ) | |

**DEFENDANT BRADLEY JOSEPH BIGDA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST HIM FOR LACK OF PERSONAL JURISDICTION AND <u>INSUFFICIENCY OF SERVICE OF PROCESS</u>**

Bradley Joseph Bigda ("Bigda"), pursuant to Rules 12(b)(2) and 12(b)(5) of the Federal Rules of Civil Procedure, hereby moves that plaintiff Susan LaForest's ("plaintiff") Complaint against him be dismissed in its entirety for lack of personal jurisdiction and for insufficiency of service of process. The grounds for this motion are set forth in the supporting memorandum and the Declaration of Bradley Joseph Bigda submitted contemporaneously herewith.

BOS-716696 v1

BRADLEY JOSEPH BIGDA

By his attorneys,

/s/ Brian M. Forbes
R. Bruce Allensworth, BBO# 015820
    (ballensworth@klng.com)
Brian M. Forbes, BBO# 644787
    (bforbes@klng.com)
KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
75 State Street
Boston, Massachusetts 02109
(617) 261-3100

Dated:  January 10, 2005

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on January 10, 2005, I caused a copy of the foregoing document to be served by electronic filing and by first class United States mail, postage prepaid upon the following:

Jason David Fregeau, Esq.
47 Lincoln Road
Longmeadow, MA 01106
(413) 567-2461
jasonrissa@comcast.net

                                                 /s/ Brian M. Forbes
                                                 Brian M. Forbes