IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

SUSAN LAFOREST,                    :         NO. 04-30195-MAP

          Plaintiff           :

                       :

          v.                 :

                       :

AMERIQUEST MORTGAGE COMPANY,  :

BRAD BIGDA,                        :

JOHN DOE 1,                        :

          Defendants          :

---

Plaintiff's Supplement to her Memorandum in Opposition to
Defendant Bigda's Motion to Dismiss

---

Since Plaintiff's counsel does not own a scanner, copies of
the letter and FedEx envelope sent directly to Mrs. LaForest by
Defendant Bigda are attached.

Respectfully submitted,

Jason David Fregeau,
Trial Attorney (0055426)

47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax

Attorney for Plaintiff

page 1

Certificate of Service

I certify that a copy of the foregoing Plaintiff's Supplement to her Memorandum in Opposition to Defendant Bigda's Motion to Dismiss has been served by United States Mail, postage prepaid, upon Defendants' counsel, R. Bruce Allensworth, 75 State Street, Boston, MA 02109, this 31st day of January, 2005.


Jason David Fregeau, Esq.



# AMERIQUEST
# MORTGAGE
C O M P A N Y

Brad Bigda
1100 Town & Country Blvd
Orange, CA 92686


Re: Susan Laforest
    2 Gold St
    Westfield, MA 01085


Attn: Jason D Fregeau
      Attorney at Law
      Representing Ms. Brown


Dear Mr. Fregeau:

This letter is to clarify that Ms. Brown has rejected our offer to her. The offer on the table was a 100% financing requiring a first and second mortgage. The first loan was to have a 7.8 % and the second loan at 5.0 %, both based on 30 years fixed. The loan amounts were to be $148,800 on the 1st and $37,200 on the 2nd. Ms. Brown's total payment was to be $1454.62 ($1071.17 1st + $199.70 2nd +183.75 taxes and insurance)

As stated in previous letters, this offer was going to save Ms. Brown $391.45 a month along with allowing her to receive the $10,000 cash out that she wanted. Due to circumstances of the prior loan, Ameriquest was going to waive the prepayment penalty, pay all 3rd party fees at no cost to Ms. Laforest.

I apologize for not being able to complete this loan in the required time you permitted. I hope the best for Ms. Laforest.


Best Regards,

Brad Bigda
Customer Resolution
Ameriquest Mortgage
(800) 523-3964 X4707
(800) 784-3034 Fax


500 City Parkway, Suite 400, Orange, CA 92868 • Toll Free (866) 275-3548 • Fax (866) 275-3317



EQUAL HOUSING LENDER

FedEx

press

182

NO FOOD...
See back for peel and stick application instructions.

RECIPIENT: PEEL HERE

**FedEx** Express    US Airbill    FedEx Tracking Number    FedEx Tracking Number    **8473 3699 6320**

8473 3699 6320

**1 From**  Date 10/4/04
Sender's Name  Brad

Company

Address

City                                          State                          ZIP          Phone

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name  Susan LaFrest                                          Phone

Company

Recipient's Address

Address

City  Westfield                    State MA                ZIP 01085

‖‖‖ 8473 3699 6320 ‖‖‖

⌐                                                ¬

L

Align bottom of Peel and Stick Airbill here.

---

**FedEx.**    PRIORITY OVERNIGHT    TUE
Ship: 172036 04OCT04

TRK# **8473 3699 6320**    FORM
0215                                    Deliver By:
05OCT04
AA

01085    -MA-US    **XH EHTA**
**BDL**

Recipient's Copy

0215

**4a Express Package Service**    *Packages up to 150 lbs.*
☑ FedEx Priority Overnight
Next business morning*
☐ FedEx Standard Overnight
Next business afternoon*
☐ FedEx First Overnight
Earliest next business morning
delivery to select locations*

☐ FedEx 2Day
Second business day*
☐ FedEx Express Saver
Third business day*
FedEx Envelope rate not available. Minimum charge: One-pound rate.

**4b Express Freight Service**    *Packages over 150 lbs.*
☐ FedEx 1Day Freight*
Next business day*
☐ FedEx 2Day Freight
Second business day*
☐ FedEx 3Day Freight
Third business day*
* Call for Confirmation.    * Declared value limit $500.

**5 Packaging**
☐ FedEx Envelope*    ☑ FedEx Pak*
Includes FedEx Small Pak,
FedEx Large Pak, and FedEx Sturdy Pak
☐ FedEx Box    ☐ FedEx Tube    ☐ Other

**6 Special Handling**    Include FedEx address in Section 3
☐ SATURDAY Delivery
Available ONLY for FedEx Priority
Overnight, FedEx 2Day, FedEx
1Day Freight, and FedEx 2Day
Freight to select ZIP codes.
☐ HOLD Weekday
at FedEx Location
Not available for
FedEx First Overnight
☐ HOLD Saturday
at FedEx Location
Available ONLY for FedEx Priority
Overnight and FedEx 2Day
to select locations

Does this shipment contain dangerous goods?
One box must be checked.
☐ No    ☐ Yes
As per attached
Shipper's Declaration    ☐ Yes
Shipper's Declaration
not required    ☐ Dry Ice
Dry Ice, 9, UN 1845  ___ kg
☐ Cargo Aircraft Only
Dangerous goods (including Dry Ice) cannot be shipped in FedEx packaging.

**7 Payment**  Bill to:
☐ Sender
Acct. No. in Section 1
will be billed    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash/Check
Enter FedEx Acct. No. or Credit Card No. below.

**8 Sign to Authorize Delivery Without a Signature**
By signing you authorize us to deliver this shipment without obtaining a signature
and agree to indemnify and hold us harmless from any resulting claims.

Total Packages    Total Weight    Total Declared Value    Total Charges

Our liability is limited to $100 unless you declare a higher value. See the FedEx Service Guide for details.

Questions? Visit our Web site at fedex.com
or call 1.800.GoFedEx 1.800.463.3339
Rev. Date 11/03 • Part #158279 • ©1994–2003 FedEx • PRINTED IN U.S.A.

466