AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF  MASSACHUSETTS

SUSAN LAFOREST

**NOTICE**

V.

AMERIQUEST MORTGAGE CO.          CASE NUMBER:   04-30195-MAP

TYPE OF CASE:

☒ **CIVIL**          **CRIMINAL**

☒ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | UNITED STATES BANKRUPTCY COURTROOM, 2ND FLOOR |
| Springfield, Massachusetts 01103 | DATE AND TIME |
| | Friday, April 29, 2005, at 11:00 a.m. |

TYPE OF PROCEEDING

HEARING ON [5] MOTION TO DISMISS

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | | |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

April 12, 2005          /S/ _____
DATE                       (BY) DEPUTY CLERK

TO:    ALL COUNSEL OF RECORD