IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| SUSAN LAFOREST,<br><br>       Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>BRAD BIGDA,<br>JOHN DOE 1<br><br>       Defendants | C. A. NO.: 04-30195-MAP |

**NOTICE OF APPEARANCE**

Please enter the appearance of R. Bruce Allensworth on behalf of defendant Ameriquest Mortgage Company ("Ameriquest") and Bradley Joseph Bigda ("Bigda") in the above-captioned action. Counsel for Ameriquest and Bigda identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

                                          AMERIQUEST MORTGAGE COMPANY and
                                          BRADLEY JOSEPH BIGDA

                                          By their attorneys,

                                          /s/ R. Bruce Allensworth
                                          R. Bruce Allensworth, BBO# 015820
                                               (ballensworth@klng.com)
                                          Brian M. Forbes, BBO# 644787
                                               (bforbes@klng.com)
                                          Ryan M. Tosi, BBO# 661080
                                               (rtosi@klng.com)
                                          KIRKPATRICK & LOCKHART NICHOLSON
                                          GRAHAM LLP
                                          75 State Street
                                          Boston, Massachusetts 02109
                                          (617) 261-3100

Dated: April 26, 2005

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Jason David Fregeau, Esq.
47 Lincoln Road
Longmeadow, MA 01106
(413) 567-2461
jasonrissa@comcast.net

                          /s/ R. Bruce Allensworth\_\_\_\_
                          R. Bruce Allensworth