IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

|  |  |
|---|---|
| SUSAN LAFOREST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. NO.: 04-30195-MAP |
| v. ) | |
| ) | |
| AMERIQUEST MORTGAGE COMPANY, ) | |
| BRAD BIGDA, ) | |
| JOHN DOE 1 ) | |
| ) | |
| Defendants ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Ryan M. Tosi on behalf of defendant Ameriquest Mortgage Company ("Ameriquest") and Bradley Joseph Bigda ("Bigda") in the above-captioned action. Counsel for Ameriquest and Bigda identified below request receipt of notice of court filings in this matter by the Case Management/Electronic Filing System.

        AMERIQUEST MORTGAGE COMPANY and
        BRADLEY JOSEPH BIGDA

        By their attorneys,

        /s/ Ryan M. Tosi
        R. Bruce Allensworth, BBO# 015820
            (ballensworth@klng.com)
        Brian M. Forbes, BBO# 644787
            (bforbes@klng.com)
        Ryan M. Tosi, BBO# 661080
            (rtosi@klng.com)
        KIRKPATRICK & LOCKHART NICHOLSON
        GRAHAM LLP
        75 State Street
        Boston, Massachusetts 02109
        (617) 261-3100

Dated: April 26, 2005

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Jason David Fregeau, Esq.
47 Lincoln Road
Longmeadow, MA 01106
(413) 567-2461
jasonrissa@comcast.net

                                      /s/ Ryan M. Tosi
                                      Ryan M. Tosi