**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| SUSAN LAFOREST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. NO.: 04-30195-MAP |
| v. ) | |
| ) | |
| AMERIQUEST MORTGAGE COMPANY, ) | |
| BRAD BIGDA, ) | |
| JOHN DOE 1 ) | |
| ) | |
| Defendants ) | |

**ASSENTED TO MOTION OF DEFENDANT BRADLEY JOSEPH BIGDA FOR LEAVE TO FILE REPLY IN SUPPORT OF HIS MOTION TO DISMISS PLAINTIFF'S COMPLAINT AGAINST HIM FOR LACK OF PERSONAL JURISDICTION AND INSUFFICIENCY OF SERVICE OF PROCESS**

Defendant Bradley Joseph Bigda ("Bigda"), pursuant to Local Rule 7.1(B)(3), respectfully moves for leave to file a reply in support of his Motion to Dismiss Plaintiff's Complaint Against Him for Lack of Personal Jurisdiction and Insufficiency of Service of Process dated January 10, 2005 ("Motion"). The reply memorandum is being submitted herewith as Exhibit A. The issues raised in plaintiff's Opposition to the Motion are complex and are of great significance to Bigda. Furthermore, a reply memorandum will assist the Court in reaching a fair resolution of the issues raised by the Motion.

Pursuant to Local Rule 7.1, counsel for Bigda has conferred with counsel for plaintiff in an attempt to resolve in good faith the issues presented by this motion, and counsel for plaintiff has assented to the motion.

- 2 -

WHEREFORE, Bradley Joseph Bigda respectfully requests that the Court grant its Motion for Leave to File a Reply in Support of his Motion to Dismiss Plaintiff's Complaint Against Him for Lack of Personal Jurisdiction and Insufficiency of Service of Process.

    Respectfully submitted,

    BRADLEY JOSEPH BIGDA

    By his attorneys,

    /s/ R. Bruce Allensworth
    R. Bruce Allensworth, BBO# 015820
        (ballensworth@klng.com)
    Brian M. Forbes, BBO# 644787
        (bforbes@klng.com)
    Ryan M. Tosi, BBO# 661080
        (rtosi@klng.com)
    KIRKPATRICK & LOCKHART NICHOLSON GRAHAM LLP
    75 State Street
    Boston, Massachusetts 02109
    (617) 261-3100

Dated: April 27, 2005

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that on April 27, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Jason David Fregeau, Esq.
47 Lincoln Road
Longmeadow, MA 01106
(413) 567-2461
jasonrissa@comcast.net

                                /s/ Ryan M. Tosi
                                Ryan M. Tosi