```
         IN THE UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
                  WESTERN DIVISION

SUSAN LAFOREST,                  :        No. 04-30195-MAP
          Plaintiff              :
                                 :
          v.                     :
                                 :
AMERIQUEST MORTGAGE COMPANY,     :
BRAD BIGDA,                      :
JOHN DOE 1,                      :
          Defendants             :
```
_____

Plaintiff's Preemptive Motion for Extension of Time
_____

Currently pending before the Court is Defendant Bigda's motion to dismiss, for which the magistrate judge will write a report and recommendation. Plaintiff Susan LaForest's counsel has a vacation scheduled for June 20 through July 22, 2005, and will rarely be in contact with his office. Fregeau Aff., par. 2.

The report and recommendation may or may not be filed during this vacation. If the report is filed, Mrs. LaForest respectfully requests that she be given seven calendar days from the end of counsel's vacation, until July 29, 2005, to either object to the report or oppose Defendant's objection. Mrs. LaForest's counsel greatly appreciates the Court's consideration in this matter.

page 1

Respectfully submitted,

/s/ Jason David Fregeau

Jason David Fregeau,
Trial Attorney (0055426)

47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax

Attorney for Plaintiff

Certificate of Service

I certify that a copy of the foregoing Plaintiff's Preemptive Motion for Extension of Time has been served electronically upon Defendants' counsel, R. Bruce Allensworth, 75 State Street, Boston, MA 02109, this 14th day of June, 2005.

/s/ Jason David Fregeau
_____
Jason David Fregeau, Esq.

**Affidavit**

State of Massachusetts

County of Hampden, SS:

Jason David Fregeau, Esq., being first duly sworn upon oath, deposes and says:

1. I am making this affidavit based upon personal knowledge, and I am competent to testify in the matters stated below. I am the Trial Attorney for Plaintiff in the matter of <u>LaForest v. Ameriquest Mortgage Co., et al.</u>, No. 04-30195-MAP. I have supervision and control of Plaintiff's legal documents and correspondence regarding this lawsuit. This affidavit is made in support of Plaintiff's application for fees, expenses, and costs in the above matter.

2. I will be closing my office and will be away on vacation from June 20 through July 22, 2005. This vacation will be my first multiple week vacation since Summer 2000. I am taking a solo motorcycle trip across country, and will only rarely be in touch with the office. While I have made arrangements for review of communications -- mail, e-mail, and telephone calls -- I will not have temporary counsel capable of addressing substantive issues in my clients' cases.

Further affiant sayeth naught.

Signed under the pains and penalties of perjury on this 14th day of June, 2005.

/s/ Jason David Fregeau

_____
Jason David Fregeau, Esq.