UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUSAN LAFOREST,            )
       Plaintiff    )
                           )
v.                         ) CIVIL ACTION NO. 04-30195-MAP
                           )
AMERIQUEST MORTGAGE COMPANY )
and BRADLEY JOSEPH BIGDA,  )
       Defendants   )

MEMORANDUM AND ORDER REGARDING
REPORT AND RECOMMENDATION RE:
DEFENDANT BIGDA'S MOTION TO DISMISS
(Docket Nos. 5 & 17)

August 23, 2005

PONSOR, U.S.D.J.

    This is an action arising out of a 2004 mortgage loan refinancing, seeking damages against both the mortgage company, Ameriquest Mortgage Company ("Ameriquest"), and one of its California employees, Bradley Joseph Bigda ("Bigda"). Defendant Bigda has moved to dismiss for lack of jurisdiction and insufficient service of process. The Motion to Dismiss was referred to Magistrate Judge Kenneth P. Neiman for Report and Recommendation. Upon de novo review, this court will adopt the Magistrate Judge's recommendation that the motion be allowed.

    For the reasons set forth in Magistrate Judge Neiman's detailed Report and Recommendation, the court finds that the defendant Bigda acted solely on Ameriquest's behalf and within the scope of his employment. Moreover, the defendant

Bigda did not conduct himself in such a way as to subject himself to personal jurisdiction under any section of the Massachusetts Long-Arm Statute. Including him within this lawsuit in the District of Massachusetts would offend constitutional notions of fair play and substantial justice.

For the forgoing reasons, the Report and Recommendation of Magistrate Judge Neiman is hereby adopted upon *de novo* review, and the Motion to Dismiss of the defendant Bigda is hereby ALLOWED.

This case may now be referred to Magistrate Judge Neiman for conduct of a pretrial scheduling conference regarding the remaining defendant.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge