```
          IN THE UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
                  WESTERN DIVISION

SUSAN LAFOREST,                :        No. 04-30195-MAP
         Plaintiff             :
                               :
         v.                    :
                               :
AMERIQUEST MORTGAGE COMPANY,   :
BRAD BIGDA,                    :
JOHN DOE 1,                    :
         Defendants            :
_____

            Plaintiff's Certifications
_____
```

Plaintiff Susan LaForest certifies that he has conferred with her attorney concerning:

(a) the budget for the costs of conducting the full course and various alternative courses of this litigation, and

(b) the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

/s/ Susan LaForest
_____
Susan LaForest

        Respectfully submitted,

        /s/ Jason David Fregeau

        Jason David Fregeau,
        Trial Attorney (565657)

        47 Lincoln Road
        Longmeadow, MA 01106
        413/567-2461
        413/567-2932 fax

        Attorney for Plaintiff

## Certificate of Service

I certify that a copy of the foregoing Plaintiff's Certifications has been served by electronic means upon Defendants' counsel, R. Bruce Allensworth, 75 State Street, Boston, MA 02109, this 6th day of September, 2005.

        /s/ Jason David Fregeau
        _____
        Jason David Fregeau, Esq.