### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS
### WESTERN DIVISION

_____

|  |  |
|---|---|
| SUSAN LAFOREST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. NO.: 04-30195-MAP |
| v. ) | |
| ) | |
| AMERIQUEST MORTGAGE COMPANY, ) | |
| JOHN DOE 1 ) | |
| ) | |
| Defendants ) | |

_____)

## JOINT STATEMENT FOR SCHEDULING CONFERENCE

Pursuant to the Notice of Scheduling Conference dated August 23, 2005, and in accordance with Local Rule 16.1(D), plaintiff Susan LaForest ("plaintiff") and defendant Ameriquest Mortgage Company ("Ameriquest") submit the following Joint Statement in connection with the scheduling conference to be held on October 6, 2005.

**I.    Proposed Agenda for Scheduling Conference**

The parties propose the following scheduling deadlines set forth below be adopted by the Court and so ordered.

**A.  Automatic Disclosures**

The parties will serve automatic required disclosures on or before: **October 6, 2005**.

**B.  Discovery Limitations**

The parties agree to the discovery limitations set forth in Local Rule 26.1(C) and propose the following deadlines for discovery and motions:

- Initial Disclosures: Initial disclosures will be completed on or before: **October 6, 2005**.

- Discovery Period:

    (a) Plaintiff proposes that the parties will complete all discovery on or before: **February 6, 2006**.

    (b) Defendant proposes that the parties shall propound all written discovery on or before: **February 6, 2006**. Defendant proposes that the parties will complete fact depositions on or before: **April 3, 2006**.

- Experts:

    (a) Plaintiff proposes that the parties shall designate experts and serve expert reports on or before: **February 6, 2006**.

    (b) Defendant proposes that the parties shall designate experts and serve expert reports on or before: **June 20, 2006**.

    (c) Plaintiff proposes that the parties will complete all expert depositions on or before: **March 6, 2006**.

    (d) Defendant proposes that the parties will complete all expert depositions on or before: **July 20, 2006**.

- Dispositive Motions: Defendant proposes that all dispositive motions shall be filed and served on or before: **August 15, 2006**. Plaintiff did not propose a date. All oppositions and replies shall be filed and served in accordance with Local Rule 7.1.

**II.    Trial By Magistrate**

There is not unanimous consent to trial by a Magistrate Judge.

**III.   Certifications**

The parties will file their Certificates of Compliance with Local Rule 16.1 prior to or at the time of the scheduling conference.

- 3 -

Respectfully submitted,

SUSAN LAFOREST,

By her attorney,

*/s/ Jason David Fregeau* (with permission)
_____
Jason David Fregeau (BBO #565657)
(jasonrissa@comcast.net)
47 Lincoln Road
Longmeadow, MA 01106
(413) 567-2461


AMERIQUEST MORTGAGE COMPANY

By its attorneys,

*/s/ Ryan M. Tosi*
_____
R. Bruce Allensworth (BBO #015820)
(ballensworth@klng.com)
Brian M. Forbes (BBO# 644787)
 (bforbes@klng.com)
Ryan M. Tosi (BBO #661080)
(rtosi@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: September 30, 2005

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that on September 30, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Jason David Fregeau
47 Lincoln Road
Longmeadow, MA 01106

                              */s/ Ryan M. Tosi*
                              _____
                              Ryan M. Tosi