IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____

|  |  |
|---|---|
| SUSAN LAFOREST, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) C. A. NO.: 04-30195-MAP |
| v. | ) |
|  | ) |
| AMERIQUEST MORTGAGE COMPANY, | ) |
| JOHN DOE 1 | ) |
|  | ) |
| Defendants | ) |

_____)

**DEFENDANT AMERIQUEST MORTGAGE COMPANY'S**
**LOCAL RULE 16.1(D)(3) CERTIFICATION**

The undersigned hereby certify that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


/s/ *Carol Melber*                                             /s/ *Ryan M. Tosi*
_____   _____
AMERIQUEST MORTGAGE COMPANY       R. Bruce Allensworth (BBO #015820)
By:  Carol Melber                                        Brian M. Forbes (BBO #644787)
                                                                      Ryan M. Tosi (BBO #661080)
                                                                      KIRKPATRICK & LOCKHART
                                                                      NICHOLSON GRAHAM LLP
                                                                      75 State Street
                                                                      Boston, Massachusetts 02109
                                                                      (617) 261-3100

                                                                      Attorneys for Ameriquest Mortgage Company


Dated: October 6, 2005


BOS-900219 v1

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on October 6, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Jason David Fregeau
47 Lincoln Road
Longmeadow, MA 01106

                                      /s/ *Ryan M. Tosi*
                                      _____
                                      Ryan M. Tosi