UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN LAFOREST,              )<br>                    Plaintiff    )<br>                                      )<br>v.                                    )<br>                                      )<br>                                      )<br>                                      )<br>AMERIQUEST MORTGAGE  )<br>COMPANY, JOHN DOE 1,    )<br>                    Defendants  ) | Civil Action No. 04-30195-MAP |

SCHEDULING ORDER
October 7, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference on October 6, 2005:

1. The parties shall complete their automatic disclosures by October 13, 2005.

2. All written discovery and non-expert depositions shall be completed by March 3, 2006.

3. Counsel shall appear for a case management conference on March 8, 2006, at 10:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                                    /s/ Kenneth P. Neiman
                                                    KENNETH P. NEIMAN
                                                    U.S. Magistrate Judge