```
          IN THE UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
                  WESTERN DIVISION
```

| | | |
|---|---|---|
| SUSAN LAFOREST, | : | No. 04-30195-MAP |
|     Plaintiff | : | |
| | : | |
|     v. | : | |
| | : | |
| AMERIQUEST MORTGAGE COMPANY, | : | |
| JOHN DOE 1, | : | |
|     Defendants | : | |

_____

Plaintiff's Motion for Leave to File an Amended and Supplemental Complaint

_____

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff Susan LaForest moves for leave to file an amended and supplemental complaint, a copy of which is attached to this motion. The amended and supplemental complaint adds a count for violation of the Equal Credit Opportunity Act. The other claims remain substantially the same. The amended and supplemental complaint adds the fact that Defendant Ameriquest, after the filing of this lawsuit, changed its credit bureau entries to show that Ms. LaForest's home is now in foreclosure.[1]

_____

[1] The amended and supplemental complaint also removes Brad Bigda as a name Defendant. This modification should not be construed as a waiver of any appealable issues regarding Mr. Bigda's dismissal.

Since discovery has just started and since the factual underpinnings of this case are on-the-whole unchanged, Defendants will not be prejudiced. Ms. LaForest would be prejudiced if she were not able to bring all her claims before the Court. The Court should grant Ms. LaForest's motion.

        Respectfully submitted,

        /s/ Jason David Fregeau

        Jason David Fregeau,
        Trial Attorney (565657)

        47 Lincoln Road
        Longmeadow, MA 01106
        413/567-2461
        413/567-2932 fax

        Attorney for Plaintiff

### Certificate of Service

I certify that a copy of the foregoing Plaintiff's Certifications has been served by electronic means upon Defendants' counsel, R. Bruce Allensworth, 75 State Street, Boston, MA 02109, this 6th day of September, 2005.

        /s/ Jason David Fregeau
        _____
        Jason David Fregeau, Esq.