```
          IN THE UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
                  WESTERN DIVISION
```

SUSAN LAFOREST,                   :          No. 04-30195-MAP
        Plaintiff         :
                          :
        v.                :
                          :
AMERIQUEST MORTGAGE COMPANY,      :
JOHN DOE 1,                       :
        Defendants        :
_____

Plaintiff's Motion for Leave to File an Amended and Supplemental Complaint
_____

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff Susan LaForest moves for leave to file an amended and supplemental complaint, a copy of which is attached to this motion. The amended and supplemental complaint adds a count for violation of the Equal Credit Opportunity Act. The other claims remain substantially the same. The amended and supplemental complaint adds the fact that Defendant Ameriquest, after the filing of this lawsuit, changed its credit bureau entries to show that Ms. LaForest's home is now in foreclosure.[1]

---

[1] The amended and supplemental complaint also removes Brad Bigda as a name Defendant. This modification should not be construed as a waiver of any appealable issues regarding Mr. Bigda's dismissal.

Since discovery has just started and since the factual underpinnings of this case are on-the-whole unchanged, Defendants will not be prejudiced. Ms. LaForest would be prejudiced if she were not able to bring all her claims before the Court. The Court should grant Ms. LaForest's motion.

Respectfully submitted,

/s/ Jason David Fregeau

Jason David Fregeau,
Trial Attorney (565657)
47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax
Attorney for Plaintiff

### Certificate of Service

I certify that a copy of the foregoing Plaintiff's Motion for Leave to File an Amended and Supplemental Complaint has been served by electronic means upon Defendants' counsel, R. Bruce Allensworth, 75 State Street, Boston, MA 02109, this 9th day of November, 2005.

/s/ Jason David Fregeau
_____
Jason David Fregeau, Esq.

### Certificate of Attempt at Good Faith Resolution

Pursuant to Local Rule 7.1(A)(2), I certify that the parties conferred on November 8, 2005, in a good faith attempt to resolve or narrow the issues in this motion.

/s/ Jason David Fregeau
_____
Jason David Fregeau, Esq.