IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| SUSAN LAFOREST, )<br>)<br>       Plaintiff, )<br>)<br>v. )<br>)<br>AMERIQUEST MORTGAGE COMPANY, )<br>JOHN DOE 1 )<br>)<br>       Defendants. )<br>_____) | C. A. NO.: 04-30195-MAP |

**AMERIQUEST MORTGAGE COMPANY'S MOTION
FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY**

Defendant Ameriquest Mortgage Company ("Ameriquest"), respectfully moves this Court for an enlargement of time to respond to plaintiff Susan LaForest's First Set of Interrogatories and plaintiff's First Set of Request to Defendants for Production and Inspection of Documents ("Plaintiff's Discovery"). As reasons therefore, Ameriquest states:

1.     Plaintiff's Discovery was served on Ameriquest by U.S. Mail on October 19, 2005. On November 18, 2005, counsel for Ameriquest sought consent from plaintiff's counsel for a three-week extension of time to respond to the discovery requests. See E-mail correspondence from R. Bruce Allensworth to Jason Fregeau dated November 18, 2005, attached hereto as Exhibit A.

2.     Plaintiff's counsel declined to consent to such extension absent an agreement to produce all materials and information plaintiff requested. See E-mail correspondence from Jason Fregeau to Bruce Allensworth dated November 19, 2005, attached hereto as Exhibit B. Because Ameriquest objects to certain of these requests, Ameriquest cannot agree to a wholesale production of documents plaintiff sought in Plaintiff's Discovery.

BOS-916889 v3

- 2 -

3. In light of plaintiff's counsel's refusal to agree to an enlargement of time to respond to Plaintiff's Discovery, Ameriquest timely served objections to Plaintiff's Discovery by U.S. First Class Mail, postage prepaid, on November 21, 2005. Ameriquest does so with the intent to preserve its objections to Plaintiff's Discovery and intends to provide substantive responses to the non-objectionable requests within the requested enlarged period.

4. Ameriquest is collecting the information to respond to a number of plaintiff's requests, but has not completed that effort.

5. In order to respond to Plaintiff's Discovery, Ameriquest requests an additional three weeks, up to and including December 12, 2005.

6. The enlargement of time is brought in good faith and is not interposed for delay or any other improper purpose. This is the first such request for an enlargement. Written discovery in this matter is due to be completed by March 3, 2006. Thus, Plaintiff will not be prejudiced by the short enlargement of time requested by Ameriquest.

7. Pursuant to Local Rule 7.1, the parties attempted in good faith to informally resolve this discovery matter before seeking the Court's assistance.

WHEREFORE, defendant Ameriquest Mortgage Company respectfully requests that the Court enlarge the time for Ameriquest to respond to Plaintiff's Discovery.

Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY,

By its attorneys,

*/s/ R. Bruce Allensworth*

R. Bruce Allensworth (BBO #015820)
(ballensworth@klng.com)
Brian M. Forbes (BBO #644787)
(bforbes@klng.com)
Ryan M. Tosi (BBO #661080)
(rtosi@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: November 21, 2005

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2005, I served a true copy of the foregoing document by electronic filing upon the following:

Jason David Fregeau  
47 Lincoln Road  
Longmeadow, MA 01106

/s/ R. Bruce Allensworth  
_____  
R. Bruce Allensworth

# EXHIBIT A

# Allensworth, R. Bruce

| | |
|---|---|
| **From:** | Allensworth, R. Bruce |
| **Sent:** | Friday, November 18, 2005 4:49 PM |
| **To:** | 'Jason Fregeau' |
| **Subject:** | Request for Enlargement of Time to Respond to Discovery |

Jason

It is taking longer than I anticipated to complete Ameriquest's responses to plaintiff LaForest's discovery requests which at present are due this coming Monday, November 20. I would appreciate your consent to a three-week enlargement of time within which to respond to plaintiff's outstanding discovery requests in the LaForest case from Monday, November 20 to Monday, December 12. In light of the Monday deadline, I would appreciate it if you could respond to me on this as soon as possible.

Should you not consent, please consider this a request under Local Rule 7.1 to confer in good faith prior to the filing of a motion to enlarge the time to respond.

Thank you for your consideration.

Bruce

R. Bruce Allensworth
Kirkpatrick & Lockhart Nicholson Graham LLP
75 State Street
Boston, MA 02109
617.261.3119 (telephone)
617.261.3175 (Telecopier)
mailto:ballensworth@klng.com (Electronic mail)
http://www.klng.com/ (Firm web site)

This Electronic Message contains confidential information from the law firm of Kirkpatrick & Lockhart LLP that may be privileged. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited.

# EXHIBIT B

**Allensworth, R. Bruce**

**From:** Jason Fregeau [JasonRissa@comcast.net]
**Sent:** Saturday, November 19, 2005 9:14 AM
**To:** Allensworth, R. Bruce
**Subject:** Re: Request for Enlargement of Time to Respond to Discovery

Will Defendant really respond, or will every answer be the usual "irrelevant, over-broad, confidential" objection without any factual or legal support? Also, will we get copies of documents, or will you require us to travel somewhere for "inspection". Finally, will we get a privilege log of any and all withheld information/documents?

If Defendant is going to get a three week extension, I want to be sure that (1) we receive all to which we are entitled, and (2) the extension of time is used to give us thorough, informative responses, not the usual first-round bull crap. Defendant knows too well that we have set a short fuse on discovery in this case. Without these assurances, Defendant will have to move for an extension, and we will respond with our concerns and a request that the Court order Defendant to respond by a date certain and provide copies of all documents.

On Friday, November 18, 2005, at 04:48 PM, Allensworth, R. Bruce wrote:

> Jason
>
> It is taking longer than I anticipated to complete Ameriquest's responses to plaintiff LaForest's discovery requests which at present are due this coming Monday, November 20. I would appreciate your consent to a three-week enlargement of time within which to respond to plaintiff's outstanding discovery requests in the LaForest case from Monday, November 20 to Monday, December 12. In light of the Monday deadline, I would appreciate it if you could respond to me on this as soon as possible.
>
> Should you not consent, please consider this a request under Local Rule 7.1 to confer in good faith prior to the filing of a motion to enlarge the time to respond.
>
> Thank you for your consideration.
>
> Bruce
>
> R. Bruce Allensworth
> Kirkpatrick & Lockhart Nicholson Graham LLP
> 75 State Street
> Boston, MA  02109
> 617.261.3119 (telephone)
> 617.261.3175 (Telecopier)
> mailto:ballensworth@klng.com (Electronic mail)
> http://www.klng.com/ (Firm web site)
>
> This Electronic Message contains confidential information from the law firm of Kirkpatrick & Lockhart LLP that may be privileged. The information is intended to be for the use of the addressee only. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited.

--------------------
Jason David Fregeau, Esq.
47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax
*Also admitted in Ohio*