IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____
                                    )
SUSAN LAFOREST,                     )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   C. A. NO.: 04-30195-MAP
                                    )
                                    )   **ORAL ARGUMENT REQUESTED**
                                    )
AMERIQUEST MORTGAGE COMPANY,        )
JOHN DOE 1                          )
                                    )
            Defendants.             )
_____ )

**DEFENDANT AMERIQUEST MORTGAGE COMPANY'S
MOTION TO DISQUALIFY ATTORNEY FREGEAU**

Defendant Ameriquest Mortgage Company ("Ameriquest") hereby moves pursuant to Massachusetts Rule of Professional Conduct 3.7 and United States District Court for the District of Massachusetts Local Rule 83.6(4)(B), to disqualify Jason David Fregeau, Esq. ("Attorney Fregeau") from the above-captioned matter because Attorney Fregeau is a necessary witness in this case. As set forth in detail in Ameriquest's supporting memorandum of law filed simultaneously herewith, Attorney Fregeau's communications and negotiations with Ameriquest during plaintiff's loan workout attempts are the predicate for plaintiff's claims and plaintiff cannot prevail without offering Attorney Fregeau's testimony as support for these claims. Accordingly, and as set forth in detail in Ameriquest's supporting memorandum of law, the Court should disqualify Jason David Fregeau, Esq. from acting as plaintiff's counsel in this action.

BOS-936508 v1

WHEREFORE, defendant Ameriquest Mortgage Company respectfully requests that the Court disqualify Jason David Fregeau, Esq. from acting as plaintiff's counsel in this action as Attorney Fregeau is a necessary witness in this case.

### REQUEST FOR ORAL ARGUMENT

Ameriquest respectfully requests that the Court hear oral argument on this motion.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Ameriquest has conferred with counsel for plaintiff pursuant to Local Rule 7.1(A)(2), but counsel have been unable to reach agreement on the issues raised by this motion.

Respectfully Submitted,

AMERIQUEST MORTGAGE COMPANY

By its attorneys,

/s/ *R. Bruce Allensworth*

_____
R. Bruce Allensworth (BBO #015820)
(ballensworth@klng.com)
Phoebe S. Winder (BBO #567103)
(pwinder@klng.com)
Ryan M. Tosi (BBO #661080)
(rtosi@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: January 31, 2006

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 31st day of January, 2006, and to plaintiff's counsel as follows:

Jason David Fregeau
47 Lincoln Road
Longmeadow, MA 01106

                                                          /s/ *R. Bruce Allensworth*
                                                        _____
                                                        R. Bruce Allensworth