IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____
                                    )
SUSAN LAFOREST,                     )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   C. A. NO.: 04-30195-MAP
                                    )   **ORAL ARGUMENT REQUESTED**
                                    )
AMERIQUEST MORTGAGE COMPANY,        )
JOHN DOE 1                          )
                                    )
            Defendants.             )
_____ )

**MOTION OF DEFENDANT AMERIQUEST MORTGAGE COMPANY FOR LEAVE
TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF
ITS MOTION TO DISQUALIFY ATTORNEY FREGEAU**

Defendant Ameriquest Mortgage Company ("Ameriquest"), pursuant to Local Rule 7.1(B)(3), respectfully moves for leave to file a reply in further support of its Motion to Disqualify Attorney Jason David Fregeau pursuant to Massachusetts Rule of Professional Conduct 3.7 and United States District Court for the District of Massachusetts Local Rule 83.6(4)(B) ("Motion"). The reply memorandum is being submitted herewith as Exhibit A. In her Opposition to the Motion, plaintiff raises significant ethical issues concerning her counsel's ability to represent her in compliance with Rule 3.7 of the Massachusetts Rules of Professional Conduct, and these issues are of great significance to Ameriquest. Furthermore, a reply memorandum will assist the Court in reaching a fair resolution of the issues raised by the Motion.

Pursuant to Local Rule 7.1, counsel for Ameriquest has conferred with counsel for plaintiff in an attempt to resolve in good faith the issues presented by this motion.

BOS-943881 v1

WHEREFORE, Ameriquest Mortgage Company respectfully requests that the Court grant its Motion for Leave to File a Reply in further support of its Motion to Disqualify Attorney Jason David Fregeau pursuant to Massachusetts Rule of Professional Conduct 3.7 and United States District Court for the District of Massachusetts Local Rule 83.6(4)(B).

    Respectfully Submitted,

AMERIQUEST MORTGAGE COMPANY

By its attorneys,

/s/ *R. Bruce Allensworth*

_____
R. Bruce Allensworth (BBO #015820)
(ballensworth@klng.com)
Phoebe S. Winder (BBO #567103)
(pwinder@klng.com)
Ryan M. Tosi (BBO #661080)
(rtosi@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: February 27, 2006

- 3 -

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 27th day of February, 2006, and to plaintiff's counsel as follows:

Jason David Fregeau
47 Lincoln Road
Longmeadow, MA 01106

                                        /s/ *R. Bruce Allensworth*
                                        _____
                                        R. Bruce Allensworth