**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

|  |  |
|---|---|
| SUSAN LAFOREST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C. A. NO.: 04-30195-MAP |
| ) | **ORAL ARGUMENT REQUESTED** |
| AMERIQUEST MORTGAGE COMPANY, ) | |
| JOHN DOE 1 ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT AMERIQUEST MORTGAGE COMPANY'S
### MOTION FOR ENTRY OF A CONFIDENTIALITY ORDER

Defendant Ameriquest Mortgage Company ("Ameriquest"), respectfully requests that the Court enter the Confidentiality Order attached hereto as Exhibit 1 regarding the protection of confidential information within the scope of Fed. R. Civ. P. 26(c)(7). As set forth in detail in Ameriquest's supporting memorandum of law filed simultaneously herewith, the Federal Rules of Civil Procedure require Ameriquest to provide documents and information to the plaintiff that contain confidential and proprietary commercial and financial information. Such information is subject to protection under Fed. R. Civ. P. 26(c)(7). In order to protect Ameriquest from the unrestrained dissemination of their confidential and proprietary information and documents, Ameriquest requests that the Court enter a confidentiality order regarding the protection of confidential information within the scope of Fed. R. Civ. P. 26(c)(7).

WHEREFORE, defendant Ameriquest Mortgage Company requests that this Court allow its Motion for Entry of a Confidentiality Order in form attached hereto as Exhibit 1, grant all relief requested herein, and grant such other and further relief as this Court deems just and proper.

BOS-940379 v1

## REQUEST FOR ORAL ARGUMENT

Ameriquest respectfully requests that the Court hear oral argument on this motion.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Ameriquest has conferred with counsel for plaintiff pursuant to Local Rule 7.1(A)(2), but counsel have been unable to reach agreement on the issues raised by this motion.

Respectfully Submitted,

AMERIQUEST MORTGAGE COMPANY

By its attorneys,

/s/ *R. Bruce Allensworth*

_____
R. Bruce Allensworth (BBO #015820)
(ballensworth@klng.com)
Phoebe S. Winder (BBO #567103)
(pwinder@klng.com)
Ryan M. Tosi (BBO #661080)
(rtosi@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: February 27, 2006

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 27th day of February, 2006, and to plaintiff's counsel as follows:

Jason David Fregeau
47 Lincoln Road
Longmeadow, MA 01106

                                                /s/ *R. Bruce Allensworth*
                                                _____
                                                R. Bruce Allensworth