# EXHIBIT A



Kirkpatrick & Lockhart Nicholson Graham LLP

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

December 12, 2005

R. Bruce Allensworth
617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

**First Class Mail**

Jason David Fregeau, Esq.
47 Lincoln Road
Longmeadow, MA 01106

Re:   **Susan LaForest v. Ameriquest Mortgage Company, John Doe 1,
      C.A. No. 04-30195-MAP (D. Mass.)**

Dear Jason:

Enclosed please find copies of the following documents, in connection with the above-captioned matter:

1. Responses of Defendant Ameriquest Mortgage Company to Plaintiff's First Set of Interrogatories; and

2. Responses of Defendant Mortgage Company to Plaintiff's First Request for Production and Inspection of Documents.

As referenced in Defendant Ameriquest Mortgage Company's Responses to Plaintiff's First Set of Interrogatories and Plaintiff's First Request for Production and Inspection of Documents, Ameriquest will produce certain responsive documents subject to the parties' stipulation to and the Court's entry of a confidentiality order.

In furtherance thereof, I am also enclosing a proposed draft stipulation and confidentiality order for your review and comment and I am enclosing a proposed draft assented to motion for entry of the stipulated confidentiality order for your review and comment. The form is essentially that which appears in the federal Manual for Complex Litigation (Third) at ¶ 41.37.

Please let me know if you have any questions.

Sincerely,

R. Bruce Allensworth

RBA:rmt
Enclosures

BOS-922455 v1
BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON