# EXHIBIT D

Case 3:04-cv-30195-MAP    Document 42    Filed 02/22/2006    Page 1 of 23



**Kirkpatrick & Lockhart Nicholson Graham LLP**

75 State Street
Boston, MA 02109-1808
617.261.3100
Fax 617.261.3175
www.klng.com

February 3, 2006

Phoebe S. Winder
617.261.3196
Fax: 617.261.3175
pwinder@klng.com

**VIA FIRST CLASS UNITED STATES MAIL
POSTAGE PREPAID**

Jason David Fregeau, Esq.
47 Lincoln Road
Longmeadow, MA 01106

Re:   **Susan LaForest v. Ameriquest Mortgage Company, et al.
C.A. No. 04-30195-MAP (D. Mass.)**

Dear Mr. Fregeau:

I am enclosing for production portions of Ms. LaForest's loan files responsive to plaintiff's document requests, which have been bates-labeled AMC-Lafor 00001 through AMC-Lafor 00819.

Confidential documents contained with Ms. LaForest's loan files have been withheld. As indicated in Ameriquest's responses to Ms. LaForest's discovery requests dated December 12, 2005 and in my letter to you of January 30, 2006, we will produce these confidential documents, including certain proprietary business and financial information, underwriting documents and other internal non-public information, once the Court has entered a confidentiality order.

Sincerely,

Phoebe S. Winder

PSW:jo

Enclosures

cc:   R. Bruce Allensworth, Esq. (w/o encls.)
      Ryan M. Tosi, Esq. (w/o encls.)

BOS-937560 v1
BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON