IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| SUSAN LAFOREST, </br></br>  Plaintiff, </br></br> v. </br></br> AMERIQUEST MORTGAGE COMPANY, JOHN DOE 1 </br></br>  Defendants. | C. A. NO.: 04-30195-MAP |

### DECLARATION OF SHANE STAGNER

I, Shange Stagner, hereby declare under oath as follows:

1. I am employed by Defendant Ameriquest Mortgage Company ("Ameriquest") as a Manager of Customer Resolution, in Ameriquest's offices located at 1600 Douglass Road, Floor 2, Anaheim, CA 92806.

2. I make this declaration in connection with, and in support of Ameriquest Mortgage Company's ("Ameriquest") Motion for entry of a Confidentiality Order.

3. I am competent to testify to the facts set forth below based on my personal knowledge or my review of Ameriquest's business records.

4. Ameriquest has requested that, in advance of any production of confidential documents, plaintiff Susan LaForest ("LaForest") agree not to disseminate this confidential and proprietary information to the public or to any third party.

5. Ameriquest closely protects its confidential and proprietary information since it is this information that provides Ameriquest with a significant competitive advantage in the mortgage industry.

BOS-944348 v1

6. Such confidential and proprietary information includes, but is not limited to, Ameriquest's internal policies, criteria and underwriting standards Ameriquest uses in determining its loan terms; the process through which Ameriquest determines such matters as minimum qualification for applicants; the procedures for providing disclosures under applicable federal, state or local law in its loan application process; the manner in which it originates, processes, approves and underwrites its loans; its dealings with vendors, titling companies, appraisal companies and insurance companies; its employee training; and the method and practice by which Ameriquest calculates its interest rates, fees and discount points.

7. Ameriquest has expended and continues to expend significant resources to create and maintain its policies, practices, employee training and computer software programs, and this information is not publicly disseminated.

8. The disclosure of such financial, proprietary, technical or other internal confidential and sensitive business information by Ameriquest can reasonably be anticipated to cause competitive injury to Ameriquest or cause injury to the current or future business relations of Ameriquest should this information be disclosed by LaForest to third parties or by its entry into the public record.

9. Ameriquest would be severely prejudiced should LaForest be permitted to disseminate such information to the public, and its competitive advantage in the mortgage industry would be seriously jeopardized.

10. The handling of and access to such documents, testimony, and other confidential and proprietary information must therefore be carefully monitored and protected against unrestricted disclosure and use of that information by the parties hereto or by third parties.

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED THIS 27TH DAY OF FEBRUARY, 2006 AT ANAHEIM, CALIFORNIA.

By: Shane Stagner
Title: Manager of Customer Resolution