# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

|  |  |
|---|---|
| SUSAN LAFOREST, | ) |
| Plaintiff, | ) |
| v. | ) C. A. NO.: 04-30195-MAP |
| AMERIQUEST MORTGAGE COMPANY, JOHN DOE 1 | ) |
| Defendants. | ) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice of the following new address for counsel for Defendant Ameriquest Mortgage Company, effective March 17, 2006:

R. Bruce Allensworth, BBO# 015820
Phoebe S. Winder, BBO #567103
Ryan M. Tosi, BBO# 661080
Kirkpatrick & Lockhart Nicholson Graham LLP
State Street Financial Center
1 Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

BOS-952898 v1

- 2 -

      Respectfully Submitted,

      AMERIQUEST MORTGAGE COMPANY

      By its attorneys,

      /s/ *Ryan M. Tosi*

      _____
      R. Bruce Allensworth (BBO #015820)
      (ballensworth@klng.com)
      Phoebe S. Winder (BBO #567103)
      (pwinder@klng.com)
      Ryan M. Tosi (BBO #661080)
      (rtosi@klng.com)
      KIRKPATRICK & LOCKHART
      NICHOLSON GRAHAM LLP
      State Street Financial Center
      1 Lincoln Street
      Boston, MA 02111-2950
      (617) 261-3100

Dated:  March 27, 2006

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 27th day of March, 2006, and to plaintiff's counsel as follows:

Jason David Fregeau
47 Lincoln Road
Longmeadow, MA 01106

                                              /s/ *Ryan M. Tosi*
                                              Ryan M. Tosi