```
            IN THE UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
                    WESTERN DIVISION

SUSAN LAFOREST,              :         No. 04-30195-MAP
        Plaintiff            :
                             :
        v.                   :
                             :
AMERIQUEST MORTGAGE COMPANY, :
JOHN DOE 1,                  :
        Defendants           :
```
_____

Plaintiff's Motion for Leave to File under Seal
_____


   Pursuant to Local Rule 7.2(e), Plaintiff Susan LaForest moves for leave to file two items under seal:
   - Plaintiff's **SEALED** Motion to Remove Confidentiality from Certain Documents, and
   - Plaintiff's **SEALED** Memorandum in Opposition to Defendant's Motion to Disqualify

   Both items will be referring to and will have attached documents that Defendant has designated confidential pursuant to the Court's protective order. Defendant does not object to this motion for leave to file under seal.

        Respectfully submitted,

        /s/ Jason David Fregeau

        Jason David Fregeau,
        Trial Attorney (565657)

        47 Lincoln Road
        Longmeadow, MA 01106
        413/567-2461
        413/567-2932 fax

        Attorney for Plaintiff

## Certificate of Service

I certify that a copy of the foregoing Plaintiff's Motion for Leave to File under Seal has been served by electronic means upon Defendants' counsel, R. Bruce Allensworth, 75 State Street, Boston, MA 02109, this 6th day of September, 2005.

        /s/ Jason David Fregeau
        _____
        Jason David Fregeau, Esq.

## Certificate of Attempt at Good Faith Resolution

Pursuant to Local Rule 7.1(A)(2), I certify that the parties conferred in a good faith attempt to resolve or narrow the issues in this motion.

        /s/ Jason David Fregeau
        _____
        Jason David Fregeau, Esq.