IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| SUSAN LAFOREST, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C. A. NO.: 04-30195-MAP |
| | ) |
| AMERIQUEST MORTGAGE COMPANY, | ) |
| JOHN DOE 1 | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT AMERIQUEST MORTGAGE COMPANY'S
MOTION FOR CLARIFICATION REGARDING THE COURT'S ORDERS GRANTING
AMERIQUEST'S MOTION FOR PROTECTIVE ORDER AND DENYING
PLAINTIFF'S MOTION TO COMPEL**

Defendant Ameriquest Mortgage Company ("Ameriquest") respectfully requests that the Court clarify its orders dated February 28, 2006 (collectively "Orders") which granted Ameriquest's motion for protective order and denied plaintiff's motion to compel. As set forth in detail in Ameriquest's supporting memorandum of law filed simultaneously herewith, plaintiff claims that she has no obligation to respond to Ameriquest's Discovery Requests or to produce documents because the Court suspended discovery, despite the fact that these responses were due – but not made – prior to the time the Court acted.

Ameriquest therefore requests that the Court clarify whether all discovery has been stayed or whether plaintiff is obligated to respond to Ameriquest's outstanding Discovery Requests, which responses were due prior to the issuance of the Court's Orders. Ameriquest specifically seeks a clarification that plaintiff is obligated to respond forthwith to Ameriquest's outstanding Discovery Requests, which responses were due prior to the date the Court issued its

Orders.

WHEREFORE, defendant Ameriquest Mortgage Company requests that this Court clarify its Orders dated February 28, 2006, and specifically seeks a clarification that plaintiff is obligated to respond to Ameriquest's outstanding Discovery Requests, which responses were due – but not made – prior to the date of the Court's Orders.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

Counsel for Ameriquest has conferred with counsel for plaintiff pursuant to Local Rule 7.1(A)(2), but counsel have been unable to reach agreement on the issues raised by this motion.

Respectfully Submitted,

AMERIQUEST MORTGAGE COMPANY

By its attorneys,

/s/ *R. Bruce Allensworth*

_____
R. Bruce Allensworth (BBO #015820)
(ballensworth@klng.com)
Phoebe S. Winder (BBO #567103)
(pwinder@klng.com)
Ryan M. Tosi (BBO #661080)
(rtosi@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100

Dated: April 14, 2006

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 14th day of April, 2006, and to plaintiff's counsel as follows:

Jason David Fregeau
47 Lincoln Road
Longmeadow, MA 01106

                                              /s/ *R. Bruce Allensworth*
                                              _____
                                              R. Bruce Allensworth