```
          IN THE UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
                    WESTERN DIVISION

SUSAN LAFOREST,                  :        No. 04-30195-MAP
          Plaintiff              :
                                 :
     v.                          :
                                 :
AMERIQUEST MORTGAGE COMPANY,     :
JOHN DOE 1,                      :
          Defendants             :
_____

     Plaintiff's Response to Defendant's Motion for Clarification
_____
```

Contrary to Defendant's assertion, the disqualification hearing was held two days <u>prior</u> to the due date for responses to Defendant's discovery requests, counting the three mail days allowed by Rule 6. At the hearing, the Court indicated that Defendant's motion to disqualify had "traction" and that Mrs. LaForest's counsel should be concerned with his ethical duties to his client. The Court <u>also</u> stated twice, "I am going to suspend discovery for the moment." <u>See</u> Transcript, pp. 28 & 29 (attached).

Having placed the case in this suspended position by its motion to disqualify, Defendant now whines that Mrs. LaForest -- by way of her potentially disqualified counsel -- should make substantive responses to Defendant's discovery requests. After the hearing, Mrs. LaForest began the search for substitute counsel -- an

page 1

already difficult search (attorneys are naturally leery about taking half-litigated matters) made even more difficult by Defendant's refusal to allow potential advocates access to the confidential portion of the record. <u>See</u> letter from B.Allensworth (April 3, 2006) (attached). Further substantive work on the case will make finding substitute counsel even more difficult.

Defendant's motion clarifies that Defendant's motion to disqualify is nothing more than a delaying tactic and should be seen by the Court as a shameful attempt to manipulate the procedural posture of the case to obtain an unfair advantage. The Court should indeed "clarify" the orders in this case, stating that <u>all</u> discovery, including pending discovery, is suspended until the motion to disqualify is sorted out.

Respectfully submitted,

/s/ Jason David Fregeau

Jason David Fregeau,
Trial Attorney (565657)

47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax

Attorney for Plaintiff

<u>Certificate of Service</u>

I certify that a copy of the foregoing Plaintiff's Response to Defendant's Motion for Clarification has been served by electronic means upon Defendants' counsel, R. Bruce Allensworth, 75 State Street, Boston, MA 02109, this 19th day of April, 2006.

/s/ Jason David Fregeau

_____

Jason David Fregeau, Esq.