28

THE COURT: No, this is what I'm going to--

MR. FREGEAU: Your Honor--

THE COURT: Yes?

MR. FREGEAU: I have never before been accused of not taking my client's interest, putting them first. I will be withdrawing as Ms. Laforest's counsel. I ask that she be given 30 days to find counsel.

THE COURT: I'm not accepting your withdrawal. First of all, you're doing - if you wanted to withdraw, then its not being done my motion, and on a Motion to Withdraw needs to be done and notification being given to the client. And I think you're emotional at this particular point and I'm not going to accept that withdrawal at this particular point. And my accusation - I didn't accuse you of not taking your client's position - it was a warning that I have concerns about that. And if anything, I think the passion with which you're representing your client may be clouding your view as to the limits of your ability to continue here. But I've actually accepted, I've accepted your approach for the moment.

So what I'm going to do is as follows, and this is going to end matters. I'm going to allow the Ameriquest Motion for and Entry of a Confidentiality Order, and that will thereby become the order of the court. That proposed confidentiality order. I am going to deny without prejudice the Motion to Compel at this particular moment. I am going to hold off for the moment on the Motion for Entry of a Confidentiality Order. I am going to suspend discovery for the moment and require defendant to produce the remaining documents,

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

**PHILBIN & ASSOCIATES, INC.**

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947

29

subject to the confidentiality order, and that they produce those documents by March 15th.

And given the amount of documents that have been produced to date, I am going to say that by April 14th, plaintiff shall file a supplement to her opposition to the Motion to Disqualify counsel, if desired, by April 14th. And also by April 14th to file any Motion to Compel with regard to what I'll say is outstanding discovery, essentially giving you the opportunity to go back and look again at the Motion to Compel that you filed to put in proper order to see if any of those matters have been resolved, and to ask that - and that responses to both of those motions be filed by April - excuse me, that a response to the Motion to Compel if its filed by April 14th, be filed with the court by April 28th, and that a reply to the supplemental memo can be filed by defendant also by April 28th.

And all other discovery is suspended for the moment. And the reason I'm doing that is I am permitting, I think its an uphill battle, but I'm permitting plaintiff's counsel to look through the documents to see if there's anything there which would be supportive of his view that it would not be necessary whatsoever to not only have - for him not to be called in plaintiff's case in chief, but for him to be called by defendant. And I think there - that that will be the key here. Those are my rulings and I'll issue marginal papers to that effect, okay. Thank you very much.

MR. ALLENSWORTH: If I may, Your Honor, I think just if I'm recalling this on the record, you mentioned the ruling of a confidentiality order

959 MAIN STREET
4TH FLOOR
SPRINGFIELD, MA 01103

PHILBIN & ASSOCIATES, INC.

(413) 733-4078
Pittsfield: (413) 499-2231
FAX: (413) 734-4588

Serving the legal community of Massachusetts since 1947