

**Kirkpatrick & Lockhart Nicholson Graham** LLP

State Street Financial Center
One Lincoln Street
Boston, MA  02111-2950
617.261.3100
Fax 617.261.3175
www.klng.com

April 3, 2006

R. Bruce Allensworth

617.261.3119
Fax: 617.261.3175
ballensworth@klng.com

**VIA FACSIMILE (413) 567-2932 AND
FIRST CLASS UNITED STATES MAIL**

Jason David Fregeau, Esq.
47 Lincoln Road
Longmeadow, MA 01106

Re:     **Susan LaForest v. Ameriquest Mortgage Company, et al.
C.A. No. 04-30195-MAP (D. Mass.)**

Dear Jason:

I received your email inquiry of March 27, 2006 regarding the disclosure of the documents
designated by Ameriquest as confidential to another attorney.  I must respectfully ask you not to
do so as that person would not be covered under the terms of the Court's Confidentiality Order.

If that person, of course, does become counsel of record in this case, then he or she would be
covered under the Order and would be permitted to review the confidential documents at that
time.

Please feel free to contact me with any questions.

Sincerely,

R. Bruce Allensworth

RBA:kd

cc:     Phoebe S. Winder, Esq.
        Ryan M. Tosi, Esq.

BOS-955338 v1

BOSTON • DALLAS • HARRISBURG • LONDON • LOS ANGELES • MIAMI • NEWARK • NEW YORK • PALO ALTO • PITTSBURGH • SAN FRANCISCO • WASHINGTON