**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

_____

|  |  |  |
|---|---|---|
| SUSAN LAFOREST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. NO.: 04-30195-MAP |
| | ) | |
| AMERIQUEST MORTGAGE COMPANY, | ) | |
| JOHN DOE 1 | ) | |
| | ) | |
| Defendants. | ) | |

_____ )

**MOTION OF DEFENDANT AMERIQUEST MORTGAGE COMPANY FOR LEAVE
TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF
ITS MOTION TO MOTION FOR CLARIFICATION REGARDING THE COURT'S
ORDERS GRANTING AMERIQUEST'S MOTION FOR PROTECTIVE ORDER AND
DENYING PLAINTIFF'S MOTION TO COMPEL**

Defendant Ameriquest Mortgage Company ("Ameriquest"), pursuant to Local Rule

7.1(B)(3), respectfully moves for leave to file a reply in further support of its motion that the

Court clarify its orders dated February 28, 2006 (collectively "Orders") which granted

Ameriquest's motion for protective order and denied plaintiff's motion to compel.  The reply

memorandum is being submitted herewith as Exhibit A.  In her Opposition to Ameriquest's

Motion for Clarification, plaintiff misstates her obligations under the discovery rules and this

issue is of great significance to Ameriquest.  Furthermore, a reply memorandum will assist the

Court in reaching a fair resolution of the issues raised by the Motion.

Pursuant to Local Rule 7.1, counsel for Ameriquest has conferred with counsel for

plaintiff in an attempt to resolve in good faith the issues presented by this motion.

BOS-960674 v1

refusal to provide discovery.

WHEREFORE, defendant Ameriquest Mortgage Company requests that this Court clarify its Orders dated February 28, 2006, and specifically seeks a clarification that plaintiff is obligated to respond forthwith to Ameriquest's outstanding Discovery Requests, which responses were due prior to the date of the Court's Orders.

Respectfully Submitted,

AMERIQUEST MORTGAGE COMPANY

By its attorneys,

/s/ *R. Bruce Allensworth*

_____

R. Bruce Allensworth (BBO #015820)
(ballensworth@klng.com)
Phoebe S. Winder (BBO #567103)
(pwinder@klng.com)
Ryan M. Tosi (BBO #661080)
(rtosi@klng.com)
KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100

Dated: April 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 21st day of April, 2006, and to plaintiff's counsel as follows:

Jason David Fregeau
47 Lincoln Road
Longmeadow, MA 01106

/s/ *R. Bruce Allensworth*

_____
R. Bruce Allensworth