# EXHIBIT A



July 28, 2004

Dear Jason,

This letter is regarding the counter offer for Susan Laforest, and I wanted to discuss with you the proposal. This would consist of the following changes.

Ameriquest is willing to rewrite Susan Laforest's loan by changing the interest rate from a 10.60% to a 7.80% fixed over 30 years and the 2nd would have a 5.0% fixed rate. There would be a 1st and 2nd loan due to the LTV being over 100%. Her current payment is $1846.07 including $183.75 for taxes and insurance. Her new payment would be $1454.62 again including the $183.75 for taxes and insurance and also the 2nd loan payment of $199.70. The first loan amount would be $148,800 and the 2nd loan amount would be $37200. This change would decrease her payment by $391.45 This loan also includes the $10K that Ms. Laforest wanted. There would be no fees accrued for doing these changes. We would also waive the pre-payment penalty on the loan as well.

The second option is do fund the loan that Ms. Laforest did sign. The loan amount was $204,000. She did have a prepay on this loan along with fees. Her payment on this would be $1652.29 which included taxes and insurance.

I would like for us to come to a resolution and need a response from you by August 2nd

Thank You

Brad Bigda
Customer Resolution
Ameriquest Mortgage
(800) 523-3964 X4707

500 City Parkway, Suite 400, Orange, CA 92868 - Toll Free (866) 275-5548 • Fax (866) 275-3317

**Jason David Fregeau**
Attorney at Law
47 Lincoln Road
Longmeadow, MA 01106
Tel 413/567-2461
Fax 413/567-2932
*Also admitted in Ohio*

July 30, 2004

<u>By Facsimile</u>

Brad Bigda
Customer Resolution
Ameriquest Mortgage Co.
500 City Parkway, Suite 400
Orange, CA  929868

Re: <u>Susan LaForest</u>

Dear Mr. Bigda:

   This letter is to memorialize our agreement:
   1) Ms. LaForest's mortgage will be "changed" pursuant to the first option outlined in your July 28 letter, except that there will be $12,000 cash out.
   2) Removal or change of negative information placed by Ameriquest Mortgage on Ms. LaForest's credit history.
   3) Payment to Ms. LaForest $1400 for attorney fees, expenses, and costs to date. This payment is separate from the loans, is not a loan, and will not be paid back by Ms. LaForest.

   In return, Ms. LaForest will sign a release. Please note that the release will not contain any clauses, e.g. confidentiality or indemnity, since Ameriquest did not include those clauses in our negotiated agreement to settle.

   Thank you for your attention. Should you have any questions, please feel free to contact me.

                              Sincerely,

                              /s/

                              Jason David Fregeau, Esq.