# EXHIBIT B

Case 3:04-cv-30195-MAP     Document 56-3     Filed 04/28/2006     Page 1 of 2



# AMERIQUEST MORTGAGE COMPANY

Brad Bigda
1100 Town & Country Blvd
Orange, CA 92686


Re: Susan Laforest
2 Gold St
Westfield, MA 01085


Attn: Jason D Fregeau
Attorney at Law
Representing Ms. Brown


Dear Mr. Fregeau:

This letter is to clarify that Ms. Brown has rejected our offer to her. The offer on the table was a 100% financing requiring a first and second mortgage. The first loan was to have a 7.8 % and the second loan at 5.0 %, both based on 30 years fixed. The loan amounts were to be $148,800 on the 1st and $37,200 on the 2nd. Ms. Brown's total payment was to be $1454.62 ($1071.17 1st + $199.70 2nd +183.75 taxes and insurance)

As stated in previous letters, this offer was going to save Ms. Brown $391.45 a month along with allowing her to receive the $10,000 cash out that she wanted. Due to circumstances of the prior loan, Ameriquest was going to waive the prepayment penalty, pay all 3rd party fees at no cost to Ms. Laforest.

I apologize for not being able to complete this loan in the required time you permitted. I hope the best for Ms. Laforest.


Best Regards,

*[signature]*

Brad Bigda
Customer Resolution
Ameriquest Mortgage
(800) 523-3964 X4707
(800) 784-3034 Fax