IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| SUSAN LAFOREST, <br><br> Plaintiff, <br> v. <br><br> AMERIQUEST MORTGAGE COMPANY, <br> JOHN DOE 1 <br><br> Defendants. | C. A. NO.: 04-30195-MAP |

## DECLARATION OF SHANE STAGNER

I, Shane Stagner, hereby declare under oath as follows:

1. I am employed by Defendant Ameriquest Mortgage Company ("Ameriquest") as a Manager of Customer Resolution, in Ameriquest's offices located at 1600 Douglass Road, Floor 2, Anaheim, CA 92806.

2. I make this declaration in connection with, and in support of Ameriquest Mortgage Company's ("Ameriquest") Memorandum in Opposition to plaintiff's Motion to Remove Confidentiality from Certain Documents.

3. I am competent to testify to the facts set forth below based on my personal knowledge or my review of Ameriquest's business records.

4. Plaintiff Susan LaForest ("LaForest") seeks the public disclosure of Ameriquest's non-public proprietary Total Resolution And Customer Satisfaction account notes (the "Internal Notes").

5. Ameriquest closely protects its Internal Notes since it is this information that provides Ameriquest with a significant competitive advantage in the mortgage industry.

6. The Internal Notes are comprised entirely of confidential, internal notes that are proprietary to Ameriquest and are an important part of Ameriquest's loan processing and handling.

7. The Internal Notes relate directly to the manner in which Ameriquest originates its loans; documents communications between Ameriquest employees and Ameriquest customers concerning those loans; and resolves disputes with its customers. The Internal Notes at issue contain references to the bases and criteria on which Ameriquest conducts its loan workouts.

8. Ameriquest's Internal Notes and the computer program database in which the Internal Notes are maintained generally includes, without limitation, the following types of confidential business and financial proprietary information: 1) Ameriquest policies, procedures, litigation activity or other business information disclosed to the Ameriquest by Ameriquest's customers; 2) Ameriquest's customers, suppliers, and/or prospective customers and suppliers, including their identity, special needs, complaints, preferences, transaction histories, contacts, characteristics, agreements and loan details; 3) borrower-specific loan information data; 4) Ameriquest research and compilation regarding customer loans; 5) customer satisfaction information; 6) hardware configuration information, software developments, or computer processed data; 7) pricing structures, profitability, costs, finances, tax, projections, sales information or estimating processes; 8) product, service or marketing information, plans, studies, proposals, specifications, activities, promotions, compensation structures, incentive programs, or operations; and 9) certain company, proprietary, secret, or other privileged information.

9. Ameriquest has expended and continues to expend significant resources to create and maintain its policies, practices, employee training and computer software programs regarding the Internal Notes, and this information is not publicly disseminated.

10. The disclosure of the Internal Notes containing such financial, proprietary, technical or other internal confidential and sensitive business information by Ameriquest can reasonably be anticipated to cause competitive injury to Ameriquest or cause injury to the current or future business relations of Ameriquest should this information be disclosed by LaForest to third parties or by its entry into the public record.

11. Ameriquest would be severely prejudiced should LaForest be permitted to disseminate such information to the public, and its competitive advantage in the mortgage industry would be seriously jeopardized.

12. The handling of and access to such Internal Notes and other confidential and proprietary information must therefore be carefully monitored and protected against unrestricted disclosure and use of that information by the parties hereto or by third parties.

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED THIS 27 TH DAY OF APRIL, 2006 AT ANAHEIM, CALIFORNIA.

By: Shane Stagner
Title: Manager of Customer Resolution

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 28th day of April, 2006, and to plaintiff's counsel as follows:

Jason David Fregeau
47 Lincoln Road
Longmeadow, MA 01106

                                  /s/ *R. Bruce Allensworth*
                                  _____
                                  R. Bruce Allensworth