## United States District Court
## for the District of Massachusetts
## Western Division

| | |
|---|---|
| **SUSAN LAFOREST.** )<br>    plaintiff, )<br>v. )<br>**AMERIQUEST MORTGAGE COMPANY** )<br>    defendant. ) | Case No. **04-30195-MAP** |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned enters his appearance for plaintiff.

    Plaintiff, by counsel

    /s/ L. Jed Berliner, Esquire
    L. Jed Berliner, Esquire, BBO 039950
    Berliner Law Firm
    95 State Street, Suite 1010
    Springfield, MA  01103-2081
    telephone:  (413) 788-9877
    facsimile:  (413) 746-9877
    email:  ljed3@aol.com

**Certificate of Service**

I hereby certify that a true copy of this document was served electronically if available, otherwise by facsimile transmission if indicated or by first class mail, with postage prepaid and return address provided, to:

Ameriquest counsel
R. Bruce Allensworth, Esquire
75 State Street
Boston, MA 02109

Date:  July 17, 2006

    /s/ L. Jed Berliner, Esquire
    L. Jed Berliner, Esquire