IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____
                                        )
SUSAN LAFOREST,                         )
                                        )
        Plaintiff,                     )
                                        )
v.                                      )    C. A. NO.: 04-30195-MAP
                                        )
AMERIQUEST MORTGAGE COMPANY,            )
JOHN DOE 1                              )
                                        )
        Defendants.                    )
_____)

**ASSENTED TO MOTION
TO RESCHEDULE CASE MANAGEMENT CONFERENCE**

    Defendant Ameriquest Mortgage Company ("Ameriquest") hereby requests that the Case Management Conference, presently scheduled for August 1, 2006 at 10:30 a.m., be rescheduled to the afternoon of August 4, 2006. As grounds for this request, Ameriquest states as follows:

    1.    From July 31 through August 3, 2006, Ameriquest's lead counsel will be in Texas for client meetings, deposition preparation and no fewer than three depositions over the course of that week in two separate cases.

    2.    The clerk of this Court has indicated to Ameriquest's counsel that the Court's calendar could accommodate this conference on the afternoon of August 4, 2006.

    3.    Counsel for plaintiffs has assented to rescheduling the conference for August 4, 2006.

    WHEREFORE, Ameriquest Mortgage Company respectfully requests that the Case Management Conference be rescheduled to the afternoon of August 4, 2006.

- 2 -

    Respectfully Submitted,

    AMERIQUEST MORTGAGE COMPANY

    By its attorneys,

    /s/ *Ryan M. Tosi*

    _____
    R. Bruce Allensworth (BBO #015820)
    (ballensworth@klng.com)
    Phoebe S. Winder (BBO #567103)
    (pwinder@klng.com)
    Ryan M. Tosi (BBO #661080)
    (rtosi@klng.com)
    KIRKPATRICK & LOCKHART
    NICHOLSON GRAHAM LLP
    State Street Financial Center
    One Lincoln Street
    Boston, MA 02111
    (617) 261-3100

Assented to:

/s/ *L. Jed Berliner* (with permission)
_____
L. Jed Berliner, Esq.
LJED3@aol.com
BERLINER LAW FIRM
95 State Street, Suite 1010
Springfield, MA 01103-2081
telephone: (413) 788-9877


Dated: July 25, 2006

- 3 -

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 25h day of July, 2006, and to plaintiff's counsel as follows:

L. Jed Berliner, Esq.
Berliner Law Firm
95 State Street, Suite 1010
Springfield, MA 01103-2081
telephone: (413) 788-9877
facsimile: (413) 746-9877
LJED3@aol.com

               /s/ *Ryan M. Tosi*
               _____
               Ryan M. Tosi