UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN LAFOREST, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-30195-MAP |
| | ) | |
| | ) | |
| | ) | |
| AMERIQUEST MORTGAGE | ) | |
| COMPANY, JOHN DOE 1, | ) | |
| Defendants | ) | |

SCHEDULING ORDER
August 4, 2006

NEIMAN, C.M.J.

The following schedule was established at the case management conference

this day:

    1.    All remaining written discovery shall be produced by October 6, 2006.

    2.    Non-expert depositions shall be completed by February 28, 2007.

    3.    Counsel shall appear for a case management conference on March 1,

2007, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.


 /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
Chief Magistrate Judge