# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

| | |
|---|---|
| SUSAN LAFOREST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. NO.: 04-30195-MAP |
| v. ) | |
| ) | |
| AMERIQUEST MORTGAGE COMPANY, ) | |
| JOHN DOE 1 ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CHANGE OF FIRM NAME

Please take notice of the following firm name change and e-mail address change for counsel for defendant Ameriquest Mortgage Company – which changes are effective January 1, 2007:

R. Bruce Allensworth, Esq. (bruce.allensworth@klgates.com)
Phoebe S. Winder, Esq. (phoebe.winder@klgates.com)
Ryan M. Tosi, Esq. (ryan.tosi@klgates.com)
KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

- 2 -

Respectfully submitted,

AMERIQUEST MORTGAGE COMPANY

By its attorneys,

/s/ *Ryan M. Tosi*

_____
R. Bruce Allensworth (BBO #015820)
(bruce.allensworth@klgates.com)
Phoebe S. Winder (BBO #567103)
(phoebe.winder@klgates.com)
Ryan M. Tosi (BBO #661080)
(ryan.tosi@klgates.com)
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100

Dated: January 8, 2007

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that this document, filed on January 8, 2007 through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 8, 2007.

L. Jed Berliner, Esq.
Berliner Law Firm
95 State Street, Suite 1010
Springfield, MA 01103-2081

                  /s/ *Ryan M. Tosi*
                  _____
                  Ryan M. Tosi