# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

SUSAN LAFOREST,
         Plaintiff

V.                                        CIVIL ACTION NO. 04-30195-MAP

AMERIQUEST MORTGAGE COMAPNY, ET AL
         Defendant

## SETTLEMENT ORDER OF DISMISSAL

PONSOR, D.J.

The Court having been advised on  March 1, 2007   that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Sixty (60) days if settlement is not consummated.

                                                    By the Court,

March 1 , 2007                                /s/   Mary Finn
Date                                              Deputy Clerk

(Dismissal Settlement.wpd - 12/98)                                       [stlmtodism.]