United States District Court
for the District of Massachusetts
Western Division

| | |
|---|---|
| **SUSAN LAFOREST.** )<br>　plaintiff, )<br>v. )<br>**AMERIQUEST MORTGAGE COMPANY** )<br>　defendant. ) | Case No. **04-30195-MAP** |

## AGREED MOTION TO EXTEND FOR 30 DAYS

Plaintiff requests that the Court extend the 60 day provision of its March 1, 2007 Order for another 30 days. In support thereof, plaintiff states:

1. Plaintiff filed her complaint on September 28, 2004 with predecessor counsel seeking redress over multiple counts.

2. Successor counsel appeared on July 17, 2006.

3. Following counsel's exhaustive review of the 2.5 feet of papers, plaintiff renewed settlement negotiations with defendant. The parties reached an agreement in principle to settle the matter on March 1, 2007.

4. The parties advised the Court of the settlement agreement and the Court issued its Settlement Order of Dismissal on March 1, 2007, which dismissed the case without

prejudice to the right of any party, upon good cause shown, to reopen within Sixty (60) days if settlement is not consummated.

5. The parties have exchanged draft forms of the settlement agreement, and defendant has escrowed the agreed-upon settlement funds. Unfortunately, plaintiff's son was in a car accident and she has not been able to meet with counsel to review and finalize the written agreement.

6. Plaintiff requests that the Court extend its Order for another 30 days to permit the parties to finalize their written settlement agreement.

| Agreed: Defendant, by counsel | Plaintiff, by counsel |
|---|---|
| /s/ R. Bruce Allensworth<br>R. Bruce Allensworth, Esquire<br>Kirkpatrick & Lockhart<br>One Lincoln Street<br>Boston, MA 02111<br>tel: (617) 261-3119<br>fax: (617) 261-3175<br>email: bruce.allensworth@klgates.com | /s/ L. Jed Berliner, Esquire<br>L. Jed Berliner, Esquire, BBO 039950<br>Berliner Law Firm<br>95 State Street, Suite 1010<br>Springfield, MA  01103-2081<br>telephone:  (413) 788-9877<br>facsimile:  (413) 746-9877<br>email:  ljed3@aol.com |

**Certificate of Service**

I hereby certify that a true copy of this document was served electronically to:

Ameriquest counsel
R. Bruce Allensworth, Esquire
75 State Street
Boston, MA 02109

Date:  April 30, 2007

/s/ L. Jed Berliner, Esquire
L. Jed Berliner, Esquire