*United States District Court*
*for the District of Massachusetts*
*Western Division*

| | |
|---|---|
| **SUSAN LAFOREST.** )<br>    plaintiff, )<br>v. )<br>**AMERIQUEST MORTGAGE COMPANY** )<br>    defendant. ) | Case No. **04-30195-MAP** |

## MOTION TO REOPEN

Plaintiff requests that the Court reopen the case. In support thereof, plaintiff states:

1. Plaintiff filed her complaint on September 28, 2004 with predecessor counsel seeking redress over multiple counts.

2. Successor counsel appeared on July 17, 2006.

3. Following counsel's exhaustive review of the file's 2.5 feet of papers, including defendant's discovery responses, plaintiff renewed settlement negotiations with defendant. The parties reached an agreement in principle to settle the matter on March 1, 2007.

4. The parties advised the Court of the settlement agreement and the Court issued its Settlement Order of Dismissal on March 1, 2007, which dismissed the case without

Case 3:04-cv-30195-MAP    Document 67    Filed 05/29/2007    Page 2 of 2

Motion; Case No. **04-30195-MAP**                                                                 Page 2

prejudice to the right of any party, upon good cause shown, to reopen within Sixty (60) days, or April 30, 2007, if settlement is not consummated.

5. On that April 30th date, the parties filed an agreed motion to extend for an additional 30 days, or until May 30, 2007.

6. The parties have not successfully consummated their settlement.

        Plaintiff, by counsel

        /s/ L. Jed Berliner, Esquire
        L. Jed Berliner, Esquire, BBO 039950
        Berliner Law Firm
        95 State Street, Suite 1010
        Springfield, MA 01103-2081
        telephone: (413) 788-9877
        facsimile: (413) 746-9877
        email: ljed3@aol.com

**Certificate of Service**

I hereby certify that a true copy of this document was served electronically to:

Ameriquest counsel
R. Bruce Allensworth, Esquire
75 State Street
Boston, MA 02109

Date: May 29, 2007

        /s/ L. Jed Berliner, Esquire
        L. Jed Berliner, Esquire