## United States District Court
## for the District of Massachusetts
## Western Division

|  |  |
|---|---|
| **SUSAN LaFOREST.** ) | |
| plaintiff, ) | |
| v. ) | Case No. **04-30195-MAP** |
| **AMERIQUEST MORTGAGE COMPANY** ) | |
| defendant. ) | |

### MOTION TO CHANGE PLAINTIFF'S NAME

Plaintiff requests that the Court change her name on the docket to Susan Douglas. In support thereof, plaintiff states:

5. Plaintiff filed her complaint on September 28, 2004 with predecessor counsel seeking redress over multiple counts.

6. Subsequent to the filing, plaintiff married on or about October 9, 2004 and assumed the name Susan Douglas.

    Plaintiff, by counsel

    /s/ L. Jed Berliner, Esquire
    L. Jed Berliner, Esquire, BBO 039950
    Berliner Law Firm
    95 State Street, Suite 1010
    Springfield, MA  01103-2081
    telephone:  (413) 788-9877
    facsimile:  (413) 746-9877
    email:  ljed3@aol.com

**Certificate of Service**

I hereby certify that a true copy of this document was served electronically to:

<u>Ameriquest counsel</u>
R. Bruce Allensworth, Esquire
75 State Street
Boston, MA 02109

Date:  May 29, 2007                                    /s/ L. Jed Berliner, Esquire
                                                                           L. Jed Berliner, Esquire