## United States District Court
## for the District of Massachusetts
## Western Division

|  |  |
|---|---|
| **SUSAN LAFOREST.** )<br>    plaintiff, )<br>v. )<br>**AMERIQUEST MORTGAGE COMPANY** )<br>    defendant. ) | Case No. **04-30195-MAP** |

### PLAINTIFF'S STATEMENT OF INABILITY TO COMPLY WITH LR 7.1 (A)(2)

Plaintiff recently filed three motions: To reopen the case, to have a status conference, and to change plaintiff's name.

Plaintiff adds that she was not able to comply with the referenced requirement for counsel to have conferred before the motions were filed, in that the motions were filed one day before the 05/30 deadline for the motion to reopen. Counsel for both parties exchanged telephone messages shortly before the motions were filed (05/25/07 539p by defendant; 05/29/07 1003a by plaintiff), following strong efforts by both sides by way of repeated and lengthy telephone calls and emails during the three months beforehand, in their diligent efforts to achieve consummation of settlement by way of a written agreement after the overall concepts had become acceptable and settlement was first announced to the Court.

Plaintiff believes that the motion for a status conference and name change are routine, although denial for lack of compliance with the certification requirement is not prejudicial.

The imminent deadline for the motion to reopen compelled plaintiff to file without the required certification.

    Plaintiff, by counsel

/s/ L. Jed Berliner, Esquire
L. Jed Berliner, Esquire, BBO 039950
Berliner Law Firm
95 State Street, Suite 1010
Springfield, MA 01103-2081
telephone: (413) 788-9877
facsimile: (413) 746-9877
email: ljed3@aol.com

**Certificate of Service**

I hereby certify that a true copy of this document was served electronically to:

Ameriquest counsel
R. Bruce Allensworth, Esquire
75 State Street
Boston, MA 02109

Date: May 31, 2007

/s/ L. Jed Berliner, Esquire
L. Jed Berliner, Esquire