# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

|  |  |
|---|---|
| SUSAN DOUGLAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C. A. NO.: 04-30195-MAP |
| v. ) | |
| ) | |
| AMERIQUEST MORTGAGE COMPANY, ) | |
| JOHN DOE 1 ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE AND HEARING

Plaintiff Susan Douglas ("Douglas") and defendant Ameriquest Mortgage Company ("Ameriquest") respectfully jointly move this Court for an order continuing the status conference currently scheduled for July 26, 2007 by approximately thirty days to August 27, 2007. As reasons therefore, the parties state the following:

1. On March 1, 2007, the parties advised the Court of their settlement agreement and the Court issued a Settlement Order of Dismissal, which dismissed the case without prejudice.

2. On May 29, 2007, Douglas filed a motion to reopen case and requested a status conference. Ameriquest opposed the motion to reopen on June 12, 2007.

3. On June 29, 2007, pursuant to the parties' request, the Court scheduled a status conference and a hearing on plaintiffs' motion to reopen for July 26, 2007.

4. The parties require additional time to resolve issues concerning their written settlement agreement and seek to continue the scheduling conference and hearing for approximately thirty days.

- 2 -

5. This joint motion is brought in good faith and is not interposed for delay or any other improper purpose. The request, if granted, will conserve the time and resources of the parties and the Court.

WHEREFORE, plaintiff Susan Douglas and defendant Ameriquest Mortgage Company respectfully request that the Court continue the status conference currently scheduled for July 26, 2007, for approximately thirty days, until August 27, 2007.

Respectfully submitted,

| SUSAN DOUGLAS | AMERIQUEST MORTGAGE COMPANY |
|---|---|
| By her attorney, | By its attorneys, |
| /s/ *L. Jed Berliner* (with permission) | /s/ *Ryan M. Tosi* |
| _____ | _____ |
| L. Jed Berliner (BBO #039950) | R. Bruce Allensworth (BBO #015820) |
| (ljed3@aol.com) | (bruce.allensworth@klgates.com) |
| BERLINER LAW FIRM | Ryan M. Tosi (BBO #661080) |
| 95 State Street | (ryan.tosi@klgates.com) |
| Suite 1010 | KIRKPATRICK & LOCKHART |
| Springfield, MA 01103-2081 |   PRESTON GATES ELLIS LLP |
| (413) 788-9877 | State Street Financial Center |
| | One Lincoln Street |
| | Boston, MA 02111 |
| | (617) 261-3100 |

Dated: July 25, 2007

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 25th day of July, 2007.

                                                      /s/ *Ryan M. Tosi*
                                                      _____
                                                      Ryan M. Tosi