*United States District Court*
*for the District of Massachusetts*
*Western Division*

|  |  |
|---|---|
| ) <br> **SUSAN DOUGLAS.** ) <br> plaintiff, ) <br> v. ) <br> **AMERIQUEST MORTGAGE COMPANY** ) <br> defendant. ) <br> ) | Case No. **04-30195-MAP** |

**JOINT MOTION TO CONTINUE 08/31/07 HEARING FOR THREE WEEKS**

The parties request that the Court reschedule the 08/31/07 hearing on plaintiff's motion to reopen and on the status conference for three weeks. In support thereof, the parties state state they are finalizing new settlement arrangements, as certain informally agreed deadlines have passed while continued issues were discussed.

| Defendant, by counsel | Plaintiff, by counsel |
|---|---|
| /s/ R. Bruce Allensworth, Esquire | /s/ L. Jed Berliner, Esquire |
| R. Bruce Allensworth, Esquire | L. Jed Berliner, Esquire, BBO 039950 |
| Kirkpatrick & Lockhart | Berliner Law Firm |
| One Lincoln Street | 95 State Street, Suite 1010 |
| Boston, MA 02111-2950 | Springfield, MA  01103-2081 |
| telephone:  (617) 261-3119 | telephone:  (413) 788-9877 |
| facsimile:  (617) 261-3175 | facsimile:  (413) 746-9877 |
| email:  bruce.allensworth@klgates.com | email:  ljed3@aol.com |

**Certificate of Service**

I hereby certify that a true copy of this document was served electronically to:

<u>Ameriquest counsel</u>
R. Bruce Allensworth, Esquire
75 State Street
Boston, MA 02109

Date:  August 30, 2007

/s/ L. Jed Berliner, Esquire
L. Jed Berliner, Esquire