## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

SUSAN DOUGLAS,                  )
         Plaintiff       )
                  )
         v.              ) C.A. 04-30195-MAP
                  )
AMERIQUEST MORTGAGE COMPANY,    )
         Defendant       )

### SCHEDULING ORDER

#### October 4, 2007

PONSOR, D.J.

     Counsel appeared before this court for argument on Plaintiff's Motion to Reopen (Dkt. No. 67) on October 3, 2007. Following argument, the court indicated as follows:

    1.  Defendant will file its Motion to Enforce the Settlement no later than October 12, 2007.

    2.  The court will refrain from ruling on the Motion to Reopen until October 19, 2007 or thereafter.

    3.  Plaintiff may file her opposition to the Motion to Enforce the Settlement no later than October 26, 2007.

    It is So Ordered.

                    /s/ Michael A. Ponsor
                    MICHAEL A. PONSOR
                    United States District Judge