# EXHIBIT 2

**From:** Ljed3@aol.com
**Sent:** Tuesday, February 27, 2007 8:47 AM
**To:** Tosi, Ryan M.; Allensworth, R. Bruce
**Subject:** Re: LaForest v. Ameriquest: Letter to J. Berliner 2/26/07

Thanks. Let's continue to iron out the wrinkles of our proposal for recommending to our clients. Here are my respective comments to Bruce's 02/26/07 letter:

1. Yes, vacancy by 08/31/07 and property left in good shape.

2. Settlement papers to be satisfactory to both parties. I strongly suggest immediate provision of your confidentiality provisions to avoid any last-minute issues. Full releases to be mutual. Title representations to be made. My text concerning credit reporting to be incorporated into our agreement.

3. No. We shall have a closing. Deed to pass concurrently with the first $12,500 in good funds (bank check; no corporate check), so I suggest that the closing be at the Hampden Country Registry of Deeds so you can do a last minute, pre-recording title update. Ameriquest to provide me with a copy of its communications to the three credit bureaus at the closing, and shall send the communications immediately following the closing. The second $12,500 will be deposited into your IOLTA account before the closing, and at or before the closing you will provide me with documentation such as a copy of a $12,500 bank check payable to you as escrow agent. Alternative to a closing can be presentation of the first $12,500 to me in my escrow account and copies of the credit bureau communications. I simply will not let the deed pass without the $25,000 being transferred from Ameriquest and concurrent communications to the credit bureaus. There will not be a ten day or other delay, and there will not be a delay for clearing of corporate checks. (Too many substandard lenders have failed in the past two months, and too many rumors abound about an Ameriquest takeover.)

4. Remarks to # 3 incorporated. $25,000 is the total amount Ameriquest shall pay LaForest for any reason, excepting any Ameriquest breach of the settlement agreement.

5. No. Please see remarks to ## 3 and 4.

6. No. Verification that the debt has been satisfied will be immediate with the deed transfer. You can have this ready to go beforehand.

7. No. Communications to the credit bureaus will be immediate with the deed transfer. You can have this ready to go beforehand.

8. Modified to have the escrow agent, presumably you, pay the second $12,500 within seven (not ten) days of vacancy which must be on or before 08/31/07. For example, if vacancy occurs on 07/31/07 then payment shall be made by 08/10/07.

Jed Berliner