# EXHIBIT 3

**From:** Ljed3@aol.com
**Sent:** Tuesday, February 27, 2007 10:00 PM
**To:** Allensworth, R. Bruce; Tosi, Ryan M.
**Subject:** LaForest

We're good to go at my end.

Jed

---

AOL now offers free email to everyone. Find out more about what's free from AOL at **AOL.com**.