*United States District Court*
*for the District of Massachusetts*
*Western Division*

|                                          |   |                           |
|------------------------------------------|---|---------------------------|
| **SUSAN DOUGLAS.**  )                    |   |                           |
|     plaintiff,     )                     |   |                           |
| v.                 )                     |   | Case No. **04-30195-MAP** |
| **AMERIQUEST MORTGAGE COMPANY** )        |   |                           |
|     defendant.     )                     |   |                           |

### DECLARATION OF SUSAN DOUGLAS

I, Susan Douglas, declare under oath:

1. I am plaintiff in this Action, having changed my name from Susan LaForest after it was filed.

2. I work part-time at Friendly's Ice Cream for about 25 hours per week on average, at $9.00 per hour gross wages.

3. I also work part-time at Home Depot for about 15 hours per week on average, at $9.50 per hour gross wages.

4. I have two school-age children living with me: A 7 year old daughter in 2nd Grade, and a 12 year old son in 7th Grade.

5.  I also have an 18 year old son attending night school at Agawam High School who is expected to graduate next year. He is unemployed but is looking for work, and is in therapy. I also have a 21 year old son who works at Friendly's Ice Cream for about 30 hours per week on average at $10.00 per hour gross wages. He pays his own bills and does not contribute to my household expenses.

6.  I have received $113.00 per week as child support, although I have not received any for the past four weeks and I believe that the father is on unpaid medical leave.

7.  I have no other income.

8.  My improvements to my home include a new chimney, a new carpet, a new kitchen floor, interior painting, new plumbing for a bathroom shower and sink, replacement tub and shower and fixtures, a small finished room in the basement, replacements to front porch floorboards, new third floor bedroom windows, finished third floor hallway, new door to third floor, and a new kitchen ceiling and light fixture.

9.  I authorized my attorney to record my deed to Ameriquest in the evening of October 8, 2007.

10. Ameriquest has not paid its promised first installment.

11.    I do not believe that I can move without the first installment which Ameriquest agreed to pay upon receipt of the deed to my house. I expect to need as much as first and last months' rent, a security deposit, and something to pay the movers.

Signed under the penalties of perjury of the laws of the United States of America when dated below.

Date:  October 26, 2007                    /s/ Susan Douglas
                                           Susan Douglas

## Certificate of Service

The undersigned certifies that this document was filed with the Court in a manner appropriate for consequential automated service of true electronic images to all ECF Registrants.

Date:  October 26, 2007                    /s/ Jed Berliner
                                           L. Jed Berliner