UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SUSAN DOUGLAS,                          )
                    Plaintiff           )
                                        )
          v.                            )  C.A. 04-30195-MAP
                                        )
AMERIQUEST MORTGAGE COMPANY,            )
                    Defendant           )

ORDER RE: RECENT COMMUNICATION

October 30, 2007

PONSOR, D.J.

On October 3, 2007, counsel appeared for argument on Plaintiff's Motion to Reopen Case. Following argument, the court gave Defendant until October 12, 2007 to file a motion to enforce the settlement agreement and Plaintiff until October 26, 2007 to oppose the motion. Both the original motion to reopen the case and the motion to enforce the settlement are now under advisement.

On October 30, 2007, the court received a copy of a letter from Plaintiff personally to the court clerk, Elizabeth French. The letter is attached to this order as Exhibit A.

Counsel have until November 9, 2007 to file submissions regarding the content of this letter, if they wish. After that date, the court will issue its ruling on the pending

motions.

It is So Ordered.

**MICHAEL A. PONSOR**
**United States District Judge**