October 30, 2007

Ms. Elizabeth French
Federal Court
Springfield, MA

Pursuant to our telephone conversation of this morning I am writing to you per your request regarding the case in front of Judge Ponsor, specifically Susan Douglas v. Ameriquest.

I am very concerned about my case. To provide you with some background and as we discussed, I was told by the lawyer representing me in this case, Mr. Jed Berliner, that the agreement between me and Ameriquest is being upheld by Judge Ponsor. Based on that decision by the judge my lawyer stated to me that I am facing a November 30, 2007 eviction order and recommended to me that I sign the deed over to Ameriquest. In the agreement that the judge has ruled is enforceable it is stated that once I sign the deed over to Ameriquest, Ameriquest is to issue me a check for the first settlement installment in the amount of $12,500, through my lawyer, and clear my credit once the deed is registered to them. I signed the deed on October 11, 2007 and it was registered around October 13, 2007.

Now, according to my lawyer, Ameriquest is stating they are not going to issue any money or clean my credit until I provide a "drop dead date" of when I will vacate the premises and until Judge Ponsor declines the motion denying the case to be reopened.

I am a single mother of four children and my biggest concerns are is that in the agreement it is stated that three days from when the deed was signed over Ameriquest would give me clean credit and pay half the settlement money. If the terms of the agreement have been ruled to be enforceable and I have acted in good faith and yet Ameriquest can change the terms of the agreement at what appears to be their whim how can I possible give a "drop dead date" and be expected to move without money from the settlement and having no trust that Ameriquest is going to live up to the terms of the agreement that the judge has just enforced? Ameriquest is not acting in good faith and it appears I am being held hostage.

I have sent countless e-mails to my lawyer explaining my intent of moving forward with my life and that I cannot until I am provided the settlement money. I understand I am facing the real potential of being homeless and I am scared. If Ameriquest is allowed to change the terms of the agreement I have no recourse. I have also sent my financial statement to my lawyer which demonstrates that I cannot move without the money. Further, I cannot secure any rental until my credit is restored.

Specifically, my intent is to move to North Carolina to start over with my children. I was scheduled to meet with potential employers and rental property mid-October when the money and credit was suppose to be issued per the agreement. I had to postpone this because of this new twist by Ameriquest. Additionally, I have tried to get in to see my lawyer but keep getting put off by him. My only form of communication with him is through e-mails. I requested to meet with him either today or tomorrow as those are my only days off this week. He responded by stating he could only see me mid-next week. I rescheduled my appointments in North Carolina for November 11-18 but unless the money is released and my credit restored I will have to postpone again. I am not sure how many times the potential employers will allow me to reschedule. I am highly concerned on where I will be living with my children.



Exhibit A

I do not want to reopen the case. I just want this nightmare to end and start over with my children. I am also being told that if I do not comply with the agreement I could be incarcerated and have more legal actions taken against me. I would like to know where I have not complied with the agreement since it was ruled to be enforceable. At this point it is Ameriquest that is not complying and I am being pushed by my lawyer and Ameriquest to give a "drop dead date". I am very concerned that even if I did provide a "drop dead date" Ameriquest would never issue the settlement money or restore my credit.

I am asking that you take these above facts into consideration when you review my case and make any rulings. I am just asking that Ameriquest act in good faith and immediately release the money and restore my credit so I can go to North Carolina on November 11, secure employment and rental property. Then I will be able to provide a vacate date. I must emphasize that if Ameriquest acted in good faith I would have secured employment, secured a place to live and have already been able to provide a firm drop dead date".

Kind Regards,

Susan Douglas
413-454-8673 cell number

# facsimile transmittal

| To: | Ms. Elizabeth French<br>Federal Court<br>Springfield, MA | Fax: | 413-785-~~0240~~ 0204 |
|---|---|---|---|
| From: | Susan Douglas | Date: | 10/30/2007 |
| Re: | Susan Douglas v. Ameriquest | Pages: | 3 |
| CC: | | | |

☑ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Ms. Elizabeth French,

Per our telephone conversation of this morning, attached is the letter for Judge Ponsor regarding Susan Douglas v. Ameriquest.

Kind Regards,

Susan Douglas

CONFIDENTIAL