## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

_____

SUSAN DOUGLAS,                          )
                                        )
                    Plaintiff,          )
                                        )        C. A. NO.: 04-30195-MAP
            v.                          )
                                        )
AMERIQUEST MORTGAGE COMPANY,            )
JOHN DOE 1                              )
                                        )
                    Defendants.         )
_____)

### SUSAN DOUGLAS' AND AMERIQUEST MORTGAGE COMPANY'S
### STIPULATED MOTION FOR ENTRY OF SETTLEMENT ORDER

Plaintiff Susan Douglas ("plaintiff") and defendant Ameriquest Mortgage Company

("Ameriquest") hereby jointly move the Court to enter an order setting forth and enforcing the

parties' settlement agreement and release between plaintiff and Ameriquest in the form attached

hereto as Exhibit 1.


### LOCAL RULE 7.1(A)(2) CERTIFICATION

The parties have stipulated and agreed to the instant motion and are submitting the

motion and the attached revised proposed order pursuant to the Court's instructions at the

parties' November 29, 2007 scheduling conference and pursuant to the Court's November 29,

2007 docket entry.

Respectfully submitted,

SUSAN DOUGLAS

By her attorney,

/s/ *L. Jed Berliner* (with permission)

_____
L. Jed Berliner (BBO #039950)
(ljed3@aol.com)
BERLINER LAW FIRM
95 State Street
Suite 1010
Springfield, MA 01103-2081
(413) 788-9877


December 6, 2007

AMERIQUEST MORTGAGE COMPANY

By its attorneys,

/s/ *R. Bruce Allensworth*

_____
R. Bruce Allensworth (BBO #015820)
(bruce.allensworth@klgates.com)
Ryan M. Tosi (BBO #661080)
(ryan.tosi@klgates.com)
KIRKPATRICK & LOCKHART
  PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100

**CERTIFICATE OF SERVICE**

I hereby certify this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 6th day of December, 2007.

/s/ *R. Bruce Allensworth*

_____

R. Bruce Allensworth