# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# WESTERN DIVISION

| | |
|---|---|
| SUSAN DOUGLAS, ) | |
| Plaintiff, ) | |
| ) | C. A. NO.: 04-30195-MAP |
| v. ) | |
| AMERIQUEST MORTGAGE COMPANY, ) | |
| JOHN DOE 1 ) | |
| Defendants. ) | |

## AMERIQUEST MORTGAGE COMPANY'S RELEASE AND DISCHARGE

Pursuant to the parties' settlement agreement and the Court's Order, and except as provided for in such agreement and Order, Ameriquest Mortgage Company, and its parents, subsidiaries, predecessors-in-interest, divisions, successors, affiliates, sister companies, joint venturers, assigns, shareholders, officers, directors, partners, associates, members, employees, agents, and counsel, releases, remises, acquits, and forever discharges Douglas, and her past, present, and future successors, assigns, heirs, executors, administrators, representatives, partners, agents, predecessors-in-interest, and counsel from and against any and all rights, duties, claims, cross-claims, counterclaims, demands, damages (including, without limitation, compensatory, punitive, or statutory damages), liabilities, defenses, expenses, attorney's fees, obligations, actions, causes of action, choses in action, debts, liens, contracts, agreements, or promises of any kind whatsoever, whether arising under local, state, or federal law, whether by statute, contract, common law, or equity, or whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, or liquidated or unliquidated, from the beginning of time through the execution of this Agreement, including, without limitation, those

that arose of out, arise out of, or are related in any manner to (a) the Lawsuit (including, without limitation, any or all of the acts, omissions, facts, matters, transactions, conversations, discussions, communications, or occurrences that were directly or indirectly alleged, asserted, described, set forth, or referred to in the Lawsuit); (b) the Ameriquest December 13, 2003 loan transaction; (c) the workout attempt of the failed April 2004 transaction; (d) disclosures made pursuant to the application for the Ameriquest December 13, 2003 loan transaction; (e) disclosures made pursuant to the Ameriquest December 13, 2003 loan transaction; (f) the amounts due or payments made under the Note and Mortgage, executed in connection with the Ameriquest December 13, 2003 loan transaction; (g) the closing of the Ameriquest December 13, 2003 loan transaction and the Ameriquest December 13, 2003 loan transaction documents; (h) collection efforts made pursuant to the Ameriquest December 13, 2003 loan transaction; or (i) the actions of Douglas with respect to the Ameriquest December 13, 2003 loan transaction or with respect to Ameriquest in connection with the Ameriquest December 13, 2003 loan transaction.

**IT IS SO AGREED.**

AMERIQUEST MORTGAGE COMPANY

_____

Date: _____