# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| SUSAN DOUGLAS,<br><br>Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>JOHN DOE 1<br><br>Defendants. | C. A. NO.: 04-30195-MAP |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Susan Douglas, and defendant Ameriquest Mortgage Company by and through their undersigned attorneys, hereby STIPULATE AND AGREE that this action shall be and hereby is DISMISSED WITH PREJUDICE. Each party shall bear her or its own costs and expenses, including attorneys' fees, and hereby waives any rights of appeal.

Respectfully submitted,

SUSAN DOUGLAS

By her attorney,

______________________________
L. Jed Berliner (BBO #039950)
(ljed3@aol.com)
BERLINER LAW FIRM
95 State Street
Suite 1010
Springfield, MA 01103-2081
(413) 788-9877

Dated: __________, 2007

AMERIQUEST MORTGAGE COMPANY

By its attorneys,

______________________________
R. Bruce Allensworth (BBO #015820)
(bruce.allensworth@klgates.com)
Ryan M. Tosi (BBO #661080)
(ryan.tosi@klgates.com)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
(617) 261-3100

Dated: __________, 2007