# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| SUSAN DOUGLAS,<br><br>          Plaintiff,<br><br>v.<br><br>AMERIQUEST MORTGAGE COMPANY,<br>JOHN DOE 1<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)  C. A. NO.: 04-30195-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Susan Douglas, and defendant Ameriquest Mortgage Company by and through their undersigned attorneys, hereby STIPULATE AND AGREE that this action shall be and hereby is DISMISSED WITH PREJUDICE. Each party shall bear her or its own costs and expenses, including attorneys' fees, and hereby waives any rights of appeal.

Respectfully submitted,

| SUSAN DOUGLAS | AMERIQUEST MORTGAGE COMPANY |
|---|---|
| By her attorney, | By its attorneys, |
| | |
| _____ | _____ |
| L. Jed Berliner (BBO #039950) | R. Bruce Allensworth (BBO #015820) |
| (ljed3@aol.com) | (bruce.allensworth@klgates.com) |
| BERLINER LAW FIRM | Ryan M. Tosi (BBO #661080) |
| 95 State Street | (ryan.tosi@klgates.com) |
| Suite 1010 | KIRKPATRICK & LOCKHART |
| Springfield, MA 01103-2081 |   PRESTON GATES ELLIS LLP |
| (413) 788-9877 | State Street Financial Center |
| | One Lincoln Street |
| | Boston, MA 02111 |
| | (617) 261-3100 |
| | |
| Dated: _____, 2007 | Dated: _____, 2007 |