IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____
                                    )
SUSAN DOUGLAS,                      )
                                    )
            Plaintiff,              )
                                    )   C. A. NO.: 04-30195-MAP
      v.                            )
                                    )
AMERIQUEST MORTGAGE COMPANY,        )
JOHN DOE 1                          )
                                    )
            Defendants.             )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Susan Douglas, and defendant Ameriquest Mortgage Company by and through their undersigned attorneys, hereby STIPULATE AND AGREE that this action shall be and hereby is DISMISSED WITH PREJUDICE. Each party shall bear her or its own costs and expenses, including attorneys' fees, and hereby waives any rights of appeal.

Respectfully submitted,

| SUSAN DOUGLAS | AMERIQUEST MORTGAGE COMPANY |
|---|---|
| By her attorney, | By its attorneys, |
| /s/ *L. Jed Berliner* (with permission) | /s/ *R. Bruce Allensworth* |
| _____ | _____ |
| L. Jed Berliner (BBO #039950) | R. Bruce Allensworth (BBO #015820) |
| (ljed3@aol.com) | (bruce.allensworth@klgates.com) |
| BERLINER LAW FIRM | Ryan M. Tosi (BBO #661080) |
| 95 State Street | (ryan.tosi@klgates.com) |
| Suite 1010 | KIRKPATRICK & LOCKHART |
| Springfield, MA 01103-2081 |   PRESTON GATES ELLIS LLP |
| (413) 788-9877 | State Street Financial Center |
|  | One Lincoln Street |
|  | Boston, MA 02111 |
|  | (617) 261-3100 |
| Dated: June 20, 2008 | Dated: June 20, 2008 |

BOS-1060216 v2

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on this 20th day of June, 2008.

      /s/ *R. Bruce Allensworth*
      _____
      R. Bruce Allensworth